UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARIO GOMEZ,

                Plaintiff,

-against-

VILLAGE OF SLEEPY HOLLOW, DETECTIVE JOSE QUINOY in his individual and official capacity, POLICE OFFICER ELDRYK EBEL, in his individual and official capacity, POLICE OFFICER MIKE GASKER, in his individual and official capacity, LIEUTENANT BARRY CAMPBELL, in his individual and official capacity, LIEUTENANT GABRIWEL HAYES, in his individual and official capacity, SERGEANT WOOD, in his individual and official capacity, CHIEF OF POLICE JIMMY WARREN, in his individual and official capacity, and POLICE OFFICERS JOHN DOES 1-4,

                Defendants.
------------------------------------------------------------x

**STIPULATION**

Docket No.:
07 CIV 9310
(CLB)

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that the defendants' time to respond with respect to the above-captioned action is extended to and including December 5, 2007.

DATED: New York, New York
         November 5, 2007

YOUNG & BARTLETT, LLP
Attorneys for Plaintiff
81 Main Street
White Plains, New York 10601
(914) 285-1500

By: _____
   Francis Young, Esq.(FY-8205)

SO-ORDERED:

_____
     U.S.D.J.

MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENIOTIS, LLP
Attorneys for Defendants
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676
Our File No.: 07-157

By: _____
   Jennifer Sherven, Esq.(JS 4195)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
AWILDA GOMEZ,

                Plaintiff,

-against-

VILLAGE OF SLEEPY HOLLOW, DETECTIVE JOSE
QUINOY in his individual and official capacity, POLICE
OFFICER MIKE GASKER, in his individual and official
capacity, LIEUTENANT BARRY CAMPBELL, in his
individual and official capacity, LIEUTENANT
GABRIWEL HAYES, in his individual and official
capacity, SERGEANT WOOD, in his individual and
official capacity, CHIEF OF POLICE JIMMY WARREN,
in his individual and official capacity, and POLICE
OFFICERS JOHN DOES 1-4,

                Defendants.
----------------------------------------------------------X

**STIPULATION**

Docket No.:
07 CIV 9296
(CLB)

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that the defendants' time to respond with respect to the above-captioned action is extended to and including December 5, 2007.

IT IS ALSO STIPULATED AND AGREED, that Defendant will waive all personal service defenses with respect to service of the Summons and Complaint.

DATED: New York, New York
          November 5, 2007

JOSEPH A. MARIA, P.C.
Attorneys for Plaintiff
310 Old Tarrytown Road
White Plains, New York 10603
(914) 684-0333
File No.: 01-2031

By: _____
Joseph Maria, Esq.(JM-2152)

SO-ORDERED: _Frances Depice Malinalli (ap15s)_

MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENIOTIS, LLP
Attorneys for Defendants
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676
Our File No.: 07-157

By: _____
Jennifer Shriven, Esq.(JS 4195)

_____
U.S.D.J.

TOTAL P.002