UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
MARIO GOMEZ,

       Plaintiff,

-against-

VILLAGE OF SLEEPY HOLLOW, DETECTIVE JOSE QUINOY in his individual and official capacity, POLICE OFFICER ELDRYK EBEL, in his individual and official capacity, POLICE OFFICER MIKE GASKER, in his individual and official capacity, LIEUTENANT BARRY CAMPBELL, in his individual and official capacity, LIEUTENANT GABRIWEL HAYES, in his individual and official capacity, SERGEANT WOOD, in his individual and official capacity, CHIEF OF POLICE JIMMY WARREN, in his individual and official capacity, and POLICE OFFICERS JOHN DOES 1-4,

       Defendants.
----------------------------------------------------------x

**STIPULATION**

Docket No.:
07 CIV 9310
(CLB)

  IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that the defendants' time to respond with respect to the above-captioned action is extended to and including December 7, 2007.

DATED: New York, New York
   December 3, 2007

YOUNG & BARTLETT, LLP
Attorneys for Plaintiff
81 Main Street
White Plains, New York 10601
(914) 285-1500

By: _____
  Francis Young, Esq.(FY-8205)

SO-ORDERED:

_____
U.S.D.J.

MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENIOTIS, LLP
Attorneys for Defendants
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676
Our File No.: 07-157

By: _____
  Jennifer Sherven, Esq.(JS 4195)