# MSSSV

## MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

MICHAEL A. MIRANDA*
BRIAN S. SOKOLOFF
STEVEN VERVENIOTIS
ONDINE SLONE
NEIL L. SAMBURSKY*
RICHARD S. SKLARIN°
STEVEN C. STERN
ADAM I. KLEINBERG

TIMOTHY J. MURPHY
MARK R. OSHEROW*◊○
COUNSEL

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL   (516) 741-7676
FAX  (516) 741-9060

WWW.MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
FANWOOD, NJ

JENNIFER E. SHERVEN
GABRIELLA CAMPIGLIA
TODD HELLMAN
CHARLES A. MARTIN
KIERA J. MEEHAN
DAMIAN F. FISCHER
MARIA THOMAS
NANCY R. SCHEMBRI°○
MICHAEL V. LONGO
MELISSA HOLTZER
MICHAEL P. SIRAVO
ARIEL S. ZITRIN

* ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CONNECTICUT
○ ALSO ADMITTED IN FLORIDA
"RESIDENT IN WESTCHESTER"

WRITER'S E-MAIL:
JSHERVEN@MSSSV.COM

March 17, 2008

Hon. Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**VIA FACSIMILE**

       Re: Mario Gomez v. Village of Sleepy Hollow et al.
          Docket No.: 07 Civ. 9310 (CLB)(GAY)
          Our File No.:  07-157

Dear Judge Brieant:

  We represent the defendants in the above captioned matter.

  This letter serves to confirm that Your Honor granted defendants' request, with plaintiff's consent, for a three week extension of time in which to move to dismiss based upon qualified immunity. Accordingly, defendants' motion pertaining to qualified immunity is now due on April 7, 2008.

  If you have any questions, please do not hesitate to contact me.

          Sincerely,
          MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

          *Jennifer E. Sherven*
          Jennifer E. Sherven

cc: Young & Bartlett, LLP (via facsimile)