# MSSSV

## MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

| | | |
|---|---|---|
| MICHAEL A. MIRANDA* | THE ESPOSITO BUILDING | JENNIFER E. SHERVEN |
| BRIAN S. SOKOLOFF | 240 MINEOLA BOULEVARD | GABRIELLA CAMPIGLIA |
| STEVEN VERVENIOTIS | MINEOLA, NY 11501 | TODD HELLMAN |
| ONDINE SLONE | TEL  (516) 741-7676 | CHARLES A. MARTIN |
| NEIL L. SAMBURSKY* | FAX  (516) 741-9060 | KIERA J. MEEHAN |
| RICHARD S. SKLARIN° | | DAMIAN F. FISCHER |
| STEVEN C. STERN | WWW.MSSSV.COM | MARIA THOMAS |
| ADAM I. KLEINBERG | | NANCY R. SCHEMBRI°° |
| | | MICHAEL V. LONGO |
| | BRANCH OFFICES: | MELISSA HOLTZER |
| TIMOTHY J. MURPHY | WESTCHESTER, NY | MICHAEL P. SIRAVO |
| MARK R. OSHEROW*◊□ | NEW YORK, NY | ARIEL S. ZITRIN |
| COUNSEL | FANWOOD, NJ | |

* ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CONNECTICUT
□ ALSO ADMITTED IN FLORIDA
°° RESIDENT IN WESTCHESTER

WRITER'S E-MAIL:
JSHERVEN@MSSSV.COM

March 13, 2008

Hon. Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**VIA ECF**

*[Handwritten memo endorsement:] MEMO ENDORSED. File motion not later than April 7, 2008. So Ordered. March 17, 2008. Charles L. Brieant USDJ*

Re:   Mario Gomez v. Village of Sleepy Hollow et al.
Docket No.:   07 Civ. 9310 (CLB)(GAY)
Our File No.:   07-157

Dear Judge Brieant:

We represent the defendants in the above captioned matter. We write with respect to the Court's order giving defendants thirty days following the completion of qualified immunity depositions to file a motion to dismiss based on qualified immunity. We write to request a three week extension. Plaintiff's counsel consents.

On February 14, 2008, defendants conducted the qualified immunity deposition of plaintiff in this matter. Accordingly, pursuant to Your Honor's rules, defendants' motion pertaining to qualified immunity is due on March 17, 2008. We request the three additional weeks because of my hectic schedule in other matters, including extensive preparation for a trial in State Supreme Court which settled during jury selection, and because I was out ill for several days.

## MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

HON. CHARLES L. BRIEANT
MARCH 13, 2008
PAGE 2 OF 2

       Thank you for your consideration of this matter.

                Respectfully submitted,
                MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

                Jennifer E. Sherven

cc:   Young & Bartlett, LLP
      81 Main Street - Suite 118
      White Plains, NY 10601