# MSSSV

## MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

MICHAEL A. MIRANDA*
BRIAN S. SOKOLOFF
STEVEN VERVENIOTIS
ONDINE SLONE
NEIL L. SAMBURSKY*
RICHARD S. SKLARIN°
STEVEN C. STERN
ADAM I. KLEINBERG

TIMOTHY J. MURPHY
MARK R. OSHEROW*◊□
COUNSEL

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL  (516) 741-7676
FAX  (516) 741-9060

WWW.MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
FANWOOD, NJ

JENNIFER E. SHERVEN
GABRIELLA CAMPIGLIA
TODD HELLMAN
CHARLES A. MARTIN
KIERA J. MEEHAN
DAMIAN F. FISCHER
MARIA THOMAS
NANCY R. SCHEMBRI°°
MICHAEL V. LONGO
MELISSA HOLTZER
MICHAEL P. SIRAVO
ARIEL S. ZITRIN

* ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CONNECTICUT
□ ALSO ADMITTED IN FLORIDA
°RESIDENT IN WESTCHESTER

WRITER'S E-MAIL:
JSHERVEN@MSSSV.COM

March 13, 2008

Hon. Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**VIA ECF**

*MEMO ENDORSED*

[Handwritten endorsement: This letter was filed as Motion Doc #10 in case No. 07Civ-9310. This Application is Granted. File Motion by April 17, 2008. Term Motion Doc #10 under case # 07 Civ 9310. So Ordered. March 25, 2008. USDJ]

Re:  Mario Gomez v. Village of Sleepy Hollow et al.
     Docket No.:   07 Civ. 9310 (CLB)(GAY)
     Our File No.:     07-157

Dear Judge Brieant:

We represent the defendants in the above captioned matter. We write with respect to the Court's order giving defendants thirty days following the completion of qualified immunity depositions to file a motion to dismiss based on qualified immunity. We write to request a three week extension. Plaintiff's counsel consents.

On February 14, 2008, defendants conducted the qualified immunity deposition of plaintiff in this matter. Accordingly, pursuant to Your Honor's rules, defendants' motion pertaining to qualified immunity is due on March 17, 2008. We request the three additional weeks because of my hectic schedule in other matters, including extensive preparation for a trial in State Supreme Court which settled during jury selection, and because I was out ill for several days.

MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

HON. CHARLES L. BRIEANT
MARCH 13, 2008
PAGE 2 OF 2

    Thank you for your consideration of this matter.

        Respectfully submitted,
        MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

        *Jennifer E. Sherven*
        Jennifer E. Sherven

cc:    Young & Bartlett, LLP
      81 Main Street - Suite 118
      White Plains, NY 10601