UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MARIO GOMEZ

                            Plaintiff,                07 CIV. 9310 (CLB)(GAY)

    -against-                                  **NOTICE OF MOTION**

VILLAGE OF SLEEPY HOLLOW, DETECTIVE
JOSE QUINOY in his individual and official
capacity, POLICE OFFICER ELDRYK EBEL in
his individual and official capacity, POLICE
OFFICER MIKE GASKER in his individual and
official capacity, POLICE OFFICER RICHARD
D'ALLESANDRO in his individual and official
capacity, LIEUTENANT BARRY CAMPBELL in
his individual and official capacity, LIEUTENANT
GABRIEL HAYES in his individual and official
capacity, SERGEANT WOOD in his individual and
official capacity, CHIEF OF POLICE JIMMY
WARREN in his individual and official capacity,
and POLICE OFFICERS JOHN DOES 1 – 4,

                            Defendants.
-----------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, and Individual Practices of the Honorable Charles L. Brieant, upon the Declaration of Jennifer E. Sherven, all of the exhibits annexed thereto, and the accompanying Memorandum of Law, the individual defendants DETECTIVE JOSE QUINOY, POLICE OFFICER ELDRYK EBEL, POLICE OFFICER MIKE GASKER, POLICE OFFICER RICHARD D'ALLESANDRO, LIEUTENANT BARRY CAMPBELL, LIEUTENANT GABRIEL HAYES, SERGEANT WOOD, CHIEF OF POLICE JIMMY WARREN and POLICE OFFICERS JOHN DOES 1 – 4, will move this Court before the Honorable Charles L. Brieant, on June 13, 2008, at the United States District Court for the Southern District of New York, located at 300 Quarropas Street, White Plains, New York, at 10:00 a.m., or as soon thereafter as counsel may be heard, for

an Order, pursuant to Fed. R. Civ. P. 12(c), dismissing this action as against the individual defendants on the ground of qualified immunity and for such other and further relief as this Court deems just, equitable and proper.

Dated: Mineola, New York
April 16, 2008

MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENIOTIS LLP
Attorneys for Defendants
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676
Our File No.: 07-157

By: _____
Michael A. Miranda (MAM-6413)
Jennifer E. Sherven (JS-4195)

TO: YOUNG & BARTLETT, LLP
81 Main Street
Suite 118
White Plains, NY 10601
(914) 285-1500