# MSSV
## MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

MICHAEL A. MIRANDA*
BRIAN S. SOKOLOFF
STEVEN VERVENIOTIS
ONDINE SLONE
NEIL L. SAMBURSKY*
RICHARD S. SKLARIN°
STEVEN C. STERN
ADAM I. KLEINBERG

TIMOTHY J. MURPHY
MARK R. OSHEROW*◊□
COUNSEL

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL  (516) 741-7676
FAX  (516) 741-9060

WWW.MSSSV.COM

**BRANCH OFFICES:**
WESTCHESTER, NY
NEW YORK, NY
FANWOOD, NJ

JENNIFER E. SHERVEN
GABRIELLA CAMPIGLIA
TODD HELLMAN
CHARLES A. MARTIN
KIERA J. MEEHAN
DAMIAN F. FISCHER
MARIA THOMAS
NANCY R. SCHEMBRI°
MICHAEL V. LONGO
MELISSA HOLTZER
MICHAEL P. SIRAVO
ARIEL S. ZITRIN
KOREN HARRIS˜

* ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CONNECTICUT
□ ALSO ADMITTED IN FLORIDA
˜ ALSO ADMITTED IN MASSACHUSETTS
° RESIDENT IN WESTCHESTER

WRITER'S E-MAIL:
JSherven@MSSSV.com

April 17, 2008

**VIA FACSIMILE & FIRST CLASS MAIL**
Hon. Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

[Stamp: MEMO ENDORSED]

[Handwritten: Application granted. So Ordered. April 22, 2008. Charles L. Brieant USDJ]

Re:  Mario & Awilda Gomez v. Village of Sleepy Hollow, et al
     Index Nos.:  07CIV9310 & 07CIV9296 (CLB)(GAY)
     Our File No.:  07-157

Dear Judge Brieant:

We represent the defendants in the above-captioned matter.

At this time we respectfully request an adjournment of the Court mediation, on consent of all parties, because the plaintiffs' underlying criminal trials have been adjourned. The mediation is presently scheduled for April 25, 2008. When the Court originally referred these cases to mediation, the parties requested that the mediation be scheduled after the completion of the criminal trials. At that time, these trials were scheduled for April 14, 2008, but have since been adjourned for approximately one month but we do not have a specific date. Thus, at this time we request a six week adjournment of the mediation, to ensure that the trials will have been completed by that time.

**MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP**

HON. CHARLES L. BRIEANT
APRIL 17, 2008
PAGE 2 OF 2

  Thank you for your consideration of this matter. Do not hesitate to contact me with any questions or concerns.

      Sincerely,
      **MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP**

      Jennifer E. Sherven

cc: Frances Dapice Marinelli, Esq.
   JOSEPH A. MARIA, P.C.
   Attorneys for Awilda Gomez
   301 Old Tarrytown Road
   White Plains, New York 10603  (via facsimile & first class mail)

   Young & Bartlett, LLP
   Attorneys for Mario Gomez
   81 Main Street - Suite 118
   White Plains, NY 10601  (via facsimile & first class mail)

   William A. Ruskin, Esq.
   Epstein Becker & Green, P.C.
   250 Park Avenue
   New York, New York 10177-1211  (via facsimile & first class mail)

   George O'Malley, Esq.
   Counsel to the Clerk of the Court
   United States District Court
   Southern District of New York
   U.S. Courthouse
   500 Pearl Street
   New York, New York 10007  (via facsimile & first class mail)