

Francis X. Young, ESQ
Mayo Gregory Bartlett, ESQ*

* admitted in New York and Connecticut

LAW OFFICES OF
# YOUNG & BARTLETT, LLP

Of Counsel

James F. Donohue
Paulette Bainbridge, R.N., ESQ

May 28, 2008

**MEMO ENDORSED**

*Application granted*
*So Ordered*
*Charles L. Brieant*
*6/9/08*    *USDJ*

Via Facsimile
(914) 390-4085

Hon. Charles L. Brieant, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    Mario Gomez v. Village of Sleepy Hollow, et al.
            07 Civ. 9310 (CLB) (GAY)
            Companion Case:
            Awilda Gomez v. Village of Sleepy Hollow, et al.

Dear Judge Brieant:

    This office represents the Plaintiff, Mario Gomez, in the first of the two above-referenced matters.

    The briefing schedule with respect to Defendants' Motion to dismiss on qualified immunity was previously set by the Court and included an appearance date for oral argument of June 13, 2008.

    I have since learned that Plaintiff and defense counsel in the Awilda Gomez matter, with the consent of the Court, has adjourned the briefing schedule and appearance dates as follows:

            Plaintiff's papers        6/27/08
            Defendants' papers     7/18/08
            Appearance            9/12/08 – 10:00 a.m.

81 Main Street   White Plains NY 10601   914 285-1500 ph   914 285-0055 fx
NYC Office: 110 Wall Street   11th Floor   New York NY 10005   212 709-8040 ph   212 943-2300 fx

Hon. Charles L. Brieant, U.S.D.J.
May 28, 2008
Page 2

    Upon learning of the above, adjournment, I telephoned defense counsel and spoke with Eve, who consented to adjourn the Mario Gomez matter's briefing schedule and appearance so that it coincided with the companion case.

    The undersigned spoke with Lisa at the Court, and she instructed me to put this in writing and fax it to your Honor, asking approval for Mario Gomez's case to follow the companion case with regards to appearance dates and briefing schedule.

                                    Very truly yours,

                                    FRANCIS X. YOUNG

FXY:kb

cc:    Miranda Sokoloff Sambursky Slone Verveniotis LLP (Via Fax – 516/741-9060)