

*THE JOURNAL NEWS* — JAN 15, 2008
LoHud.com

# FBI requests files in probe of 4 Sleepy Hollow officers

**Shawn Cohen**
The Journal News

SLEEPY HOLLOW — The FBI has subpoenaed the personnel files of four Sleepy Hollow police officers as part of its investigation into brutality and misconduct against the department, the police chief confirmed yesterday.

All four officers — Jose Quinoy, Michael Gasko, Eldryk Ebel and Michael Hayes — were accused of beating and using a Taser on a village man in 1996 who said Quinoy, 35, romanced his 22-year-old daughter.

The FBI is conducting a civil rights investigation against the department over that incident and another last August in which officers were accused of using a Taser on a 16-year-old boy who became unruly when police seized his bicycle.

Sleepy Hollow Police Chief Jimmy Warren said he will turn over the records and cooperate with the FBI's other request to interview all members of the department.

"I'll be in touch with the investigator today or tomorrow and we'll start setting up the interviews so that hopefully we can bring this to a conclusion by mid-year," the chief said.

Warren said the officers did nothing wrong and face no internal disciplinary action. The two accusers — resident Mario Gomez and the teen, Duanny Lara Mota — have lawsuits pending against the village and the officers, claiming their civil rights were violated.

Reach Shawn Cohen at spcohen@lohud.com or 914-694-5046.