

- - - - - - - - - - - - - - - - - - - - - - X

In the Matter of the Claim of:

MARIO GOMEZ and AWILDA GOMEZ,

            Claimants,

           -against-

SLEEPY HOLLOW POLICE DEPARTMENT and Police
Officers known as DETECTIVE QUINOY, ELDRYK
EBEL, MIKE GASKER, LIEUTENANT BARRY CAMPELL,
LIEUTENANT HAYES, SERGEANT HOOD, CHIEF OF
POLICE JIMMY WARREN and JOHN DOES NO. 1-4
whose names are presently unknown, and THE
VILLAGE OF SLEEPY HOLLOW,

            Respondents.

- - - - - - - - - - - - - - - - - - - - - - X

HELD AT:       Young & Bartlett, LLP
              81 Main Street Suite 118
              White Plains, New York 10601
              March 30, 2007  1:55 p.m.


         Deposition of the Claimant,

AWILDA GOMEZ, held pursuant to Section 50-h

of the General Municipal Law of the State of

New York, held at the above time and place

before a Notary Public of the State of New

York.

        J & L REPORTING SERVICE
         of Westchester, Inc.
          200 East Post Road
      White Plains, New York 10601
          (914) 682-1888
       Nancy P. Tendy, Reporter

2

A P P E A R A N C E S:


YOUNG & BARTLETT, LLP
Attorneys for the Claimants
Mario & Awilda Gomez
Office & Post Office Address
81 Main Street Suite 118
White Plains, New York  10601
BY:  KATHRYN ANNE VOLPER, ESQ.


MIRANDA & SOKOLOFF,
SAMBURSKY, VERVENIOTIS, LLP
Attorneys for all Defendants
Office & Post Office Address
The Esposito Building
240 Mineola Boulevard
Mineola, New York  11501
BY:  JENNIFER E. SHERVEN, ESQ.

```
 1                          A. GOMEZ                    3

 2                     AWILDA GOMEZ, residing at

 3                     residing at 1 River Plaza, Apt.

 4                     4E, Tarrytown, New York 10591,

 5                     having been duly sworn by

 6                     Notary Public, Nancy P. Tendy,

 7                     testified as follows:

 8          EXAMINATION BY

 9          MS. SHERVEN:

10                Q.    Good afternoon, Mrs. Gomez.  My

11          name is Jennifer Sherven.  I'm from the law

12          firm of Miranda, Sokoloff, Sambursky,

13          Verveniotis, and we represent the

14          Respondents, the Village.

15                     I'm going to be asking you a

16          series of questions today regarding your

17          claims.  If at anytime you do not understand

18          my questions, please tell me, and I will

19          rephrase the question, okay.

20                A.    Okay.  Is better you talking a

21          little slow, okay.

22                Q.    Okay.  If at anytime you don't

23          understand me or need me to speak slower,

24          just let me know.

25                A.    Okay, fine.
```

A. GOMEZ                           4

1

2        Q.    And please respond verbally to

3   every question because the Court Reporter is

4   taking down everything that we say here.

5        A.    Yes.

6        Q.    Do you have any physical or

7   mental conditions that could interfere with

8   your ability to testify here, today?

9        A.    Not really mental or physical,

10  but this problem affect me a lot.

11       Q.    When you're referring to this

12  problem, what are you referring to?

13       A.    I am referring to what happened

14  on the 17th, the problem with my case, with

15  my husband. I was there and everything. I

16  saw everything what happened at the night,

17  and they changed my life, the day the 17th

18  to today.

19       Q.    Is there some reason that that

20  is going to interfere with your ability to

21  testify, here, though?

22       A.    No.  No.  No.

23            MS. SHERVEN:  I move to strike

24       the portion that's nonresponsive.

25       Q.    Is there any other reason why

A. GOMEZ                    5

2  you wouldn't be able to testify correctly or

3  accurately today?

4          A.    No.   Everything is fine.   I

5  don't have a reason.

6          Q.    Have you taken any medication,

7  whether it's prescription medication or

8  over-the-counter within the last twenty-four

9  hours that would interfere with your ability

10  to testify?

11          A.    No.   I'm not taking any

12  medication.

13          Q.    I don't mean any offense in

14  asking you the next question.   Have you

15  consumed any alcohol or illegal drugs in the

16  last twenty-four hours?

17          A.    No.

18          Q.    Have you ever been arrested

19  other than from this incident?

20          A.    Yes.   They arrested me early in

21  the morning, the 18th.

22          Q.    Other than that, okay, which

23  you are talking about October 18, 2006?

24          A.    Yes.

25          Q.    Other than that, have you ever

A. GOMEZ                        6

1

2    been arrested before that?

3         A.    No.

4         Q.    In preparation for your

5    testimony here, today, did you review any

6    documents, or videos, or anything?

7         A.    No.

8         Q.    Other than your attorney, have

9    you spoken with anyone about your testimony

10   today?

11        A.    No, only I talking with -- I

12   saw a psychologist, and I went -- I can't

13   talk about that.  The problem is I don't

14   like to talk about that with nobody.  It's

15   very hard for me that I saw, the feeling

16   that I saw everything that day.

17             MS. SHERVEN:  Move to strike

18             the nonresponsive portion.

19        Q.    When you say you talked to a

20   psychologist, did you talk about what

21   happened, or what you were going to testify

22   about today?

23        A.    No, what happened.  I went to

24   the psychologist.

25        Q.    Is it a psychiatrist or

A. GOMEZ                          7

2    psychologist?

3              A.    I'm not sure.

4              Q.    What is the doctor's name?

5              A.    I don't know the name, here,

6    because I went one time, and I feel so bad.

7    And he told me that I have to go back and he

8    help me, but it's very hard for me talking

9    about this situations, October 17, and I

10   stop going there.

11             Q.    So, you haven't been back other

12   than that one time?

13             A.    One time.

14             Q.    Where was it that you went if

15   you remember, the medical facility?

16             A.    It's here in Lake Street in

17   White Plains.

18             Q.    Do you remember the name of the

19   medical facility?

20             A.    No.

21             Q.    Was it a private doctor?

22             A.    Yes.  That's a building.

23             MS. SHERVEN:  I'm going to

24   request an authorization for those

25   records.

A. GOMEZ                                8

1

2          Q.     When was it approximately that

3    you saw that doctor?

4          A.     Well, when everything happened

5    in the 17th.  I'm very nervous.  I'm very

6    scary about everything and as soon it pass

7    5:00 o'clock in the afternoon, dark, I can't

8    go out.  I'm very nervous.  I cry a lot.  I

9    lose in one week around ten or eleven pounds

10   when everything happened.

11              MS. VOLPER:  I'm going to stop

12              you right there.  Just listen to her

13              question.

14              MS. SHERVEN:  I'm going to move

15              to strike as nonresponsive.

16         Q.     When did you see this doctor is

17   my question?

18         A.     About one month.

19         Q.     One month after October 17,

20   2006?

21         A.     Yes.

22         Q.     So, sometime in approximately

23   November of last year?

24         A.     No.  I saw I think I saw in

25   this year, because my private doctor send

A. GOMEZ                              9

me, but I can't go because I'm very nervous

talking about what happened.

      Q.    When you say your private

doctor, are you referring to Doctor

Carniciu?

      A.    Yes.

      MS. SHERVEN:  I'm also going to

      call for an authorization for her

      medical records.

      MS. VOLPER:  Yes, okay.

      Q.    When was it that your doctor

referred you?

      A.    I went there one month, I

think.

      Q.    One month ago?

      A.    One month ago.

      Q.    So, maybe, February?

      A.    February, something like that,

early February.

      Q.    Do you have plans to go back to

the other psychiatrist?

      A.    No.

      Q.    Did the psychiatrist or

psychologist prescribe any medications for

                            A. GOMEZ                    10

2    you?

3              A.    No, not at the time because it

4    was only one day.

5              Q.    What do you mean when you say

6    another time?

7              A.    No, I say not at the time,

8    because he see me only one time.

9              Q.    Not at the time?

10             A.    Yes.

11             Q.    Have you spoken with your

12   medical doctor about going to see another

13   psychiatrist or psychologist?

14             A.    (No response.)

15             Q.    Can you answer verbally,

16   please.

17             A.    No.

18             Q.    Can you state your full name

19   for the record, please?

20             A.    My phone number.

21             Q.    Full name.

22             A.    Awilda Nigtala.

23             Q.    Can you spell that?

24             A.    N-I-G-T-A-L-A Gomez.

25             Q.    And Nigtala is your middle

```
1                        A. GOMEZ                    11

2        name?

3                A.    Nigtala is my middle name.

4                Q.    What was your maiden name?

5                A.    On 2-20-64.  My middle name?

6                Q.    Your maiden name.

7                A.    Cadet C-A-D-E-T.

8                Q.    C-E --

9                A.    -- A-D-E-T, Cadet.

10               Q.    You're married to Mario Gomez,

11       correct?

12               A.    Yes.

13               Q.    How long have you been married,

14       approximately?

15               A.    Around, I'm living together

16       around twenty-four, and I'm married

17       twenty-three.

18                     MS. VOLPER:  I'm sorry.  I just

19               want to clarify that.  You've been

20               married for twenty-three years or you

21               got married at twenty-three.

22                     THE WITNESS:  Twenty-three.

23                     MS. VOLPER:  You got married at

24               twenty-three?

25                     THE WITNESS:  Yes, and my
```

                                    A. GOMEZ                        12

1

2      daughter is twenty --

3              MS. VOLPER:  So, how many years

4      have you been married for?

5              THE WITNESS:  Let me see,

6      because my daughter's twenty-two.

7      I'm married twenty-one.

8              MS. VOLPER:  You're married for

9      twenty-one years.

10             THE WITNESS:  Yes.  But I've

11     together for --

12             Q.    You've been together for

13     approximately twenty-four years?

14             A.    Around twenty-three,

15     twenty-four, yeah.

16             Q.    And you have three daughters

17     with Mario, Correct?

18             A.    Three daughters.

19             Q.    How long have you lived at your

20     current address?

21             A.    In this address?

22             Q.    At the 1 River Plaza.

23             A.    I'm living around eighteen.

24             Q.    Eighteen years?

25             A.    Yes.

A. GOMEZ 13

1

2          Q.     How old are you?

3          A.     Forty-three.

4          Q.     When is your date of birth?

5          A.     2-20-64.

6          Q.     What is your Social Security

7     number?

8          A.     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.

9          Q.     Are you a United States

10    citizen?

11         A.     Yes.

12         Q.     When did you become a citizen?

13         A.     In July 1999 I think, yes.

14         Q.     How tall are you?

15         A.     They say 5'4.  I don't think

16    so, all my papers.

17         Q.     Approximately, how much do you

18    currently weigh?

19         A.     Now, a hundred and eight

20    pounds.

21         Q.     Approximately, how much did you

22    weigh on October 17th of 2006?

23         A.     A hundred sixteen, seventeen,

24    that's my normal weight.

25         Q.     So, you lost approximately

A. GOMEZ                    14

eight pounds?

      A.    Yes.

      Q.    Was that a planned weight loss?

      A.    I lost in the first week, the

17th, October 17th to when my husband in

jail.

          MS. VOLPER:  Could we just

     clarify one thing.  I'm not sure if

     you completely understood the

     question.

          The attorney asked you had you

     planned to lose weight?

      A.    No.  No.  No.  I lost that

weight, what I lost, I lost in the week of

the 17th when my husband in jail.  I try to

come back to my normal weight.

      Q.    Have you seen a doctor

regarding the weight loss?

      A.    I see the doctor.

      Q.    But when you've seen the

doctor, have you mentioned any concerns

about losing weight?

      A.    About losing weight, but he say

there, the reason that I lose weight, my

```
                        A. GOMEZ                   15
1
2    life, you know, everything changes with me.
3    It's nothing that I'm sick or nothing like
4    that.  It's everything around the problem.
5              Q.    What is your highest level of
6    education?
7              A.    I need only eighteen credits
8    for finishing my Bachelor.
9              Q.    Where did you graduate from
10   high school then?
11             A.    In Dominican Republic.
12             Q.    Where did you take the other
13   credits that you've taken for college?
14             A.    I take it here.
15             Q.    In the United States?
16             A.    Yes, Mercy College, Dobbs
17   Ferry.
18             Q.    What degree or what Bachelor
19   were you trying to obtain?
20             A.    In science, in education,
21   Bachelor in Science Education.
22             Q.    To become a teacher?
23             A.    Yeah.
24             Q.    When was the last time that you
25   took courses in science education?
```

A. GOMEZ                                16

1
2          A.    A long time.

3          Q.    Are you currently working?

4          A.    No.  I lose my job.

5          Q.    When did you lose your job?

6          A.    February 27, 2007.

7          Q.    Are you currently looking for a

8    new job?

9          A.    I need a job bad.  It's hard

10   for me finding the job that I doing.

11         Q.    Where were you working?

12         A.    I working in Family Service of

13   Westchester in Star Program.

14         Q.    What was your job title?

15         A.    I'm Family Advocate and

16   Volunteer Coordinator.

17         Q.    How long did you work for

18   Family Services?

19         A.    For Family Service around,

20   well, my job changed to different

21   organization.  I'm working for nine years.

22         Q.    Just so we're clear, you're

23   looking for a similar type of position

24   currently?

25         A.    That's only what I like to do.

A. GOMEZ                          17

1

2        Q.      Have you had any interviews?

3        A.      I went in two interviews, but

4   they ask me the same question.  You've been

5   arrested.  I had to say, yes, and they not

6   call me.  And I'm very sad about this,

7   because I lose my job for this problem.

8              MS. SHERVEN:  I move to strike

9         as nonresponsive.

10        Q.      What happened on February 27,

11   2007, that you lost your job?

12        A.      This not happened February

13   27th.  This coming that as soon as they see

14   in the newspaper the article in December --

15   hold on -- in November 1st and 2nd, they

16   started problem with me coming.

17        Q.      You're physically referring to

18   the newspaper articles from November 1st and

19   2nd of 2006 concerning your husband's

20   arrest; is that correct?

21        A.      And my arrest, yes.

22              MS. SHERVEN:  If I didn't

23        mention this, I'm going to call for

24        the production of the two newspapers

25        articles.

A. GOMEZ                                    18

1

2          Q.      Have you, yourself, seen those

3     newspaper articles?

4          A.      They see.

5          Q.      Have you seen the articles?

6          A.      Oh, yes, I see.  They show me.

7          Q.      When you say "they", are you

8     referring to someone at your job?

9          A.      Yes.

10         Q.      Remember just answer every

11    question verbally.  Was there a specific

12    person at your job who showed you the

13    articles?

14         A.      The director and my supervisor.

15         Q.      Who is the director?

16         A.      Barbara Summer.

17         Q.      And your supervisor?

18         A.      Heather Barton, something like

19    that.

20         Q.      When did you become aware of

21    these newspaper articles?

22         A.      On December 2nd.

23         Q.      You mean November 2nd?

24         A.      November 2nd.  They made a

25    meeting with me and show me and told me

```
1                          A. GOMEZ                    19

2      about my position, and this is not good for

3      the organization.  And I tried to explain

4      that I not do anything.  I feeling I went in

5      the wrong place in the wrong moment.  That's

6      what happened to me, because I'm not doing

7      anything wrong.

8               Q.    When you say they had a

9      meeting, do you mean Miss Summers and Miss

10     Barton and yourself?

11              A.    And Jerry Goldberg.

12              Q.    Who is Jerry Goldberg?

13              A.    She's working with me too.

14              Q.    A co-worker, or does she have a

15     higher position?

16              A.    Higher position.  I working for

17     all three.

18              Q.    What happened at this meeting?

19              A.    What happened at this meeting,

20     everything change.

21              Q.    How so?

22              A.    They tried to because when they

23     made the meeting, they told me everything.

24     I say I don't want to loose my job for this

25     reason, and I call -- I had to call my
```

A. GOMEZ                                    20

1

2    lawyer.  When they listen about the lawyer,

3    they no want something big coming.  They

4    stop a little, okay, the week.

5              But this problem affect me a

6    lot emotional for the first two months I'm

7    scared about everything.  And sometime I'm

8    explain my supervisor my situation, and they

9    take a little things one day I come in late,

10    oh, you have to sign this paper because you

11    coming late.  It never happened to me in

12    nine years.

13              And the other reasons I'm

14    coming here one day, and I told my

15    supervisor she talking with somebody, and I

16    take too long, and they don't know what I'm

17    going.  You know, they take a little reasons

18    and put my sign two different papers.  But

19    you ask for the record everything coming,

20    then November 2nd to February, you know.

21              In February, she called me

22    early in the morning the 26th, and the

23    school close because it's a snow day.

24    Barbara Summer called me to my phone.  In

25    the afternoon she called me again with

A. GOMEZ                          21

before that you're going to the main office

because I need to talk to you.

           When I was there, she not tell

me really, this, oh, you have too many

things, and this is a business.  And I think

sign you're looking for something different,

and I'm out with the organization, you know.

          I not signing anything at the time

and she told me pick all your things off

your desk and you're not working here for

this organization.

          MS. VOLPER:  This was on

February 27.

          THE WITNESS:  Yes.

          Q.    At that meeting on February 27,

did she say anything about your husband's or

your arrest from October 17, 2006?

          A.    She's a smart.  She not say

anything but I know that's the reason,

because you see all my evaluation for years,

I don't have any problems.  You ask for

record, I no have nothing in my records that

I come in late, that I do this.  Only it

started from November to February.

A. GOMEZ                                          22

It's very clear for me

everything is around they no want to see

somebody that they have an arrest.  I have

to go to the court.

Q.    Have you spoken with an

attorney about any type of claim or action

against your former employer?

A.    No.  I'm very sad about that.

Q.    Before November, had you ever

been written up for being late or any other

type of problems?

A.    No.  I no have a problem with

nobody.  They looking for little things and

excuse and put me out with the program.

Q.    Have you filed any type of

complaint with anyone regarding your

employer?

A.    No.

Q.    Do you have plans to file any

complaint about your employer?

A.    Oh, yes, yes.  I have to do

something.  That's not fair.  I lose my job

for this reason when I not do anything.  And

it's very funny the Detective do everything

A. GOMEZ                    23

1

2    they want, and he have her job.  Everybody

3    continue her job.

4              MS. SHERVEN:  Move to strike

5         the portion that's nonresponsive.

6              Q.    Have the police ever been to

7    your home for any type of official

8    investigation?

9              A.    No.

10             Q.    Have you ever called the police

11   to report any domestic violence within your

12   home?

13             A.    No.

14             Q.    Has your husband ever hit you?

15             A.    Wait a minute.  I'm here for

16   the case or for my life?  He not hit me.

17             MS. VOLPER:  Hold on.

18             A.    I'm very sad.

19             MS. VOLPER:  Hold on.  Would

20        you like to take a break?

21             THE WITNESS:  No.  She ask me

22        about my job, she's ask me about

23        personal things.

24             MS. VOLPER:  We're here to

25        investigate what happened surrounding

A. GOMEZ                        24

1

2    the assault.  I would request that

3    you stick to questions about the

4    incident and about her job only that

5    are relevant to this case.

6              MS. SHERVEN:  With all due

7    respect, these questions are

8    relevant.  If you direct her not to

9    answer, the refusal to answer to the

10   question could be deemed

11   noncompliance with the 50-h, and not

12   answering questions --

13             A.    -- no, he not hit me.  You want

14   a listen about that.  But it's perverted

15   talking about this situation and my job,

16   because I think that's the reason that I'm

17   here.

18             Q.    Have you ever been diagnosed

19   suffering from any kind of psychiatric

20   injury or illness?

21             A.    What did you say?

22             Q.    Have you ever been diagnosed by

23   a doctor or a medical professional with any

24   type of psychiatric problem?

25             A.    No.  I no have any problems.

A. GOMEZ                          25

Q.    What about your husband; do you
know has he ever been diagnosed with any
type of psychiatric problems?

A.    You don't have a meeting with
my husband?

Q.    I'm asking you.

A.    I prefer you ask my husband
about my husband.

Q.    Your attorney will instruct
you?

MS. VOLPER:  She's going to ask
you basic background questions like
we talked about, and just answer to
the best of your ability.

THE WITNESS:  Okay.

Q.    Has your husband ever suffered
from any type of psychiatric illness as far
as you know?

A.    Yes.

Q.    What type of illness has your
husband suffered from?

A.    He went about a couple of years
because he have a problem he seek, and
everything when he seek he find out what he