A. GOMEZ                          26

1

2    have, he very depressed.  But he's not

3    psychiatric problem that he do something

4    wrong in my house or me or my kids.

5                MS. SHERVEN:  Move to strike

6            the portion that's nonresponsive.

7            Q.    How long was he under the

8    psychiatric care during that time period?

9            A.    When he retired out of his job

10   that's what happened.

11           Q.    When was it that he retired, if

12   you can approximate when that was?

13           A.    2000, 2001, I'm not sure.  I no

14   remember it.

15           Q.    Was he diagnosed with

16   depression?

17           A.    I don't really know.  I don't

18   really know.

19           Q.    But he was seeing a doctor?

20           A.    Yes, but I don't really know.

21           Q.    Was he hospitalize at anytime

22   for depression or any other type of

23   psychiatric illness ?

24           A.    A long time ago, about four

25   years.  Not now, he's fine.

                           A. GOMEZ                27

1

2         Q.    How long was he hospitalized?

3         A.    I think a couple of days, one

4   week, something like that.

5         Q.    Did he receive any medication

6   during that time period?

7         A.    Yeah, but I don't know anything

8   because he's fine.

9         MS. VOLPER:  Just what you

10        remember.

11        A.    That's what I say, he's fine.

12  He doing everything by his own, you know.

13  He's not the type he need help that I have

14  to give you something.  He do everything by

15  himself.  That's why I don't have a lot of

16  information.

17        Q.    To your knowledge is he

18  currently seeing a psychiatrist or any type

19  of mental health provider; is he right now

20  seeing any type of psychiatrist or any

21  mental health processional?

22        A.    He see one time a month.

23  That's it.

24        Q.    Was he seeing this doctor

25  before October 17, 2006, or did he start

A. GOMEZ                                        28

2    seeing someone after that?

3            A.    I don't understand what you're

4    saying.

5            Q.    You testified that your husband

6    sees someone, a mental health provider once

7    a month, right?

8            A.    Yes, but he doesn't see -- but

9    that I say is, he see the doctor, but it's

10   not because he's crazy or something like

11   that.

12           Q.    Right.

13           MS. VOLPER:  Do you understand

14           the difference between a mental

15           health professional, psychologist,

16           and a primary care physician, a heart

17           doctor.

18           THE WITNESS:  Oh, he sees

19           everything before the 17th.  He had

20           to go a lot of different doctors now.

21           MS. VOLPER:  You testified that

22           once a month he sees a mental health

23           professional.  Is that what you

24           meant?

25           A.    (Witness nods.)

```
                          A. GOMEZ                    29

1

2          Q.    That's a, yes?

3          A.    Yes.

4          Q.    She can't take down sounds, so

5    you have to answer every question out loud,

6    okay.

7                Was he seeing this mental

8    health provider before October 17, 2006, or

9    is this something that he started doing

10   again after October 17?

11         A.    I'm not really sure about that,

12   because I'm working all day.  I think, yes,

13   but I'm not sure he continue or he stopped.

14   I'm not sure.

15         Q.    Has your husband ever been

16   diagnosed as an alcoholic or as having a

17   problem with alcohol?

18         A.    No.  He's been -- nobody.  Let

19   me say something about my husband.

20               MS. VOLPER:  Hold on.  You have

21           to wait until she asks you a question

22           and then you answer.

23               THE WITNESS:  Okay.

24         Q.    Do you know Detective Quinoy?

25         A.    Oh, yes.
```

A. GOMEZ                          30

Q.    How long have you known
Detective Quinoy?

A.    At around fifteen, twenty
years.

Q.    And you knew him because you
lived in the same building?

A.    No.  No.  He's my friend.  I
know her wife, her parents, her wife's
parents.  I know very well all the family.

Q.    Where did you meet Detective
Quinoy and his family?

A.    A long time ago.

Q.    Was it when you were living in
the same apartment building?

A.    No.  No.  No.  No.

Q.    Or before that?

A.    No, no, before, before.

Q.    Did you meet him first or his
wife?

A.    Both.  I know him first.

Q.    Her?

A.    I know Detective Quinoy first
then her wife.

Q.    How would you describe your

A. GOMEZ                                31

1

2       relationship with Detective Quinoy and his

3       wife?

4               A.      Good.

5               Q.      You spent time together

6       socially?

7               A.      Oh, yes.  He went with husband

8       birthday party.  He went in my house a

9       couple of times.  I went in her house.  I

10      cook for everybody.

11              Q.      You were friends?

12              A.      Oh, yes, I went in her wife's

13      sister's birthday, friends.  Her son's

14      party, the first year the Michael's party I

15      went there.

16              Q.      And your daughters spent time

17      with him and his wife as well?

18              A.      Yes.  Yes.

19              Q.      Did there come a point in time

20      before October 17, 2006, that your

21      relationship with Detective Quinoy and his

22      wife changed?

23              A.      I not say changed.  They move.

24      I not say you the same as soon as he taking

25      her job, he change a little.  Because I know

A. GOMEZ                                    32

Detective Quinoy when he driving taxi in

Tarrytown, Marcotti Taxi.

      I know Detective Quinoy when he

was little, because I have a couple of years

of difference.  And I know her father, her

mother when they have a business on Bizmal

(ph) Avenue.  I was there eating food.  And

I have a good relation, normal relation.

When they move to the building, I have a

very close relation.

      As soon as he take the position

about seven or eight years, before he

working in the Coke-a-Cola, he started to

change a little world.  And I continued

friends, but you know, they do what they

have to do, and I do what I have to do.

      And they started a lot of

problem between Quinoy and her wife, because

he cheated a lot, and they started a lot of

problems.  And I going a little separate for

the problem that they have now because I

have a problem with Quinoy, or Marina I no

have a problem.  They have a problem.

      They separate for -- he moved

A. GOMEZ                    33

1

2    to Washington Street in the building.  I

3    don't know how long maybe one year they

4    separate.  He come back to the building.

5    And you know, when you have a personal

6    problem like that, you be away with the

7    friends.  And they have a lot of problems

8    because he cheated a lot with the teenagers.

9         Q.    Approximately, how long ago was

10   that that you believe that he cheated?

11        A.    Oh, a long time because I'm

12   living in the town for years, and the people

13   made the comments.  And before that, he

14   married with Marina, he going out with my

15   friend's Umar (ph) daughter -- the last name

16   is Umar, and he going out with her daughter

17   ready to marry, and he cheated her daughter

18   for Marina, and she married with Marina.

19   You know, this something coming for years.

20   It's nothing new for me.

21        Q.    You mentioned that he cheated

22   with a teenager; is that correct?

23        A.    Well, I feeling my daughter is

24   no teenager.  My daughter is now a woman.

25        Q.    You're referring to Haydee,

1                          A. GOMEZ                    34

2    correct?

3          A.    Yes.

4          Q.    How old is Haydee?

5          A.    Well, she's now twenty-two, but

6    when this started, the flirting and

7    la-la-la, she's very young.  I say around

8    seventeen, eighteen.  Not now because this

9    problem not coming to now.

10         Q.    Okay.  Just so we're clear, is

11   it your testimony that your daughter Haydee

12   and Detective Quinoy had been flirting since

13   the time she had been seventeen or eighteen

14   years old?

15         A.    Yes.

16         Q.    Did that every concern you?

17         A.    Oh, yes.  One day she wake up.

18   I say seventeen, because he policeman not

19   detective but at the time.  He come to

20   building around two o'clock in the morning,

21   okay.  And my daughter get out with the

22   apartment, and I looking in the window, and

23   I saw the car, because you know the police

24   have the car with the number they usually

25   driving.  And I saw her car.

                              A. GOMEZ                    35

2              When my daughter coming back

3    around 3:30, 4:00 o'clock in the morning, I

4    confront my daughter, and I say, what are

5    you doing.

6              Oh, no, no.  He coming to talk

7    to me, something.  I say you know he's

8    married and the wife living here, and he

9    have a lot of problem with Marena about this

10   situation.

11             No.  No.  No.  He's only my

12   friend.  He's only my friend.  I say, you

13   better stop, okay.  So, at the time I not

14   put a lot of attention because he's very

15   young, because he know me.  He know my

16   family.  I don't think so he do that, to me

17   something like that.

18        Q.    Did there come a point in time

19   when you thought that there was something

20   more than just friends between Detective

21   Quinoy and Haydee?

22        A.    Yes.

23        Q.    When was that?

24        A.    I don't know exactly when is

25   that because she not tell me.  She know that

A. GOMEZ                              36

1
2   I not approve something like that, but I
3   remember last -- let me see.  Last year
4   around one and a half -- let me think a
5   second.  Around last September.
6           Q.      September 2006?
7           A.      Yes.  2006 or 2005, I'm not
8   sure.  She went in my friend's house in the
9   Philip Manor in the Tarrytown in Sleepy
10  Hollow.  She went there because she have
11  friends, and she stayed for a couple of days
12  in there.  And I went to pick her up in the
13  morning and bring to her job.
14              And she made a comment Quinoy
15  was there and talking in the park.  And I
16  told my daughter, be careful because I don't
17  want any problems.  I know the family.  Oh,
18  no, no, no.  He's my friend.  He's my
19  friend.  And she laughing, well, he kiss me.
20  He kiss me.  He kiss you?  And I'm very sad
21              I say, you know, I no want to
22  listen anything about that, because I think
23  it happened and that's it.  And I said
24  Haydee, I don't want to listen anything
25  about that, that he kiss you or something

A. GOMEZ                         37

happened between you and him.

              And I bring Haydee to the job,

and I'm not talking anything about that.

I'm not putting emphasis on something

becoming or something like that.  I think at

the time she told me at the time, I don't

think something sure happened.  I don't know

because she not give me the information

about that.

              Q.    But she told you that he kissed

her?

              A.    Oh, yes.  Oh, yes.  They went

to the park.  They have a park in -- not the

beach part, the other part.  They play

baseball, something like that.  That's when

this happened, because I have a very close

with all my three daughter.

              Q.    So, she confided in you about

this, about him kissing her.

              A.    Yes, she told me, because she

told me everything but when she see I'm not

happy.  I not approve.  She not talk too

much about this situation.

              Q.    Do you remember if this was

A. GOMEZ                                    38

2   last September or more than a year ago?

3              A.    Let me see, last September, no,

4   last year, 2005.  Because this December is

5   2006, right?

6              MS. VOLPER:  Yes.

7              A.    2005, this happened in 2005.

8              Q.    After Haydee told you that she

9   had -- that Detective Quinoy had kissed her,

10  did you do anything or did you talk to her

11  more or talk to him or talk to anyone about

12  that?

13             A.    I saw Haydee talking with him a

14  lot of times in the parking lot, but I not,

15  you know, the position that he have I think

16  he respect more the friends.

17                   He's married.  My daughter's

18  not married, and you need to understand when

19  the kids are young, teenager.  What's it

20  like?  Oh, look it, he talk to me, and he's

21  a Detective.  He's a policeman.  And she

22  told me that he very very -- he told me too

23  the day that he arrest me, that they very

24  good friends, and they do a lot of favors

25  for Haydee, and they take a lot of tickets.

```
 1                        A. GOMEZ                    39

 2              MS. VOLPER:  You mean traffic

 3         tickets?

 4              THE WITNESS:  Well, you have to

 5         ask him, because I don't know.

 6         That's what he told me.  He take a

 7         lot of tickets to Haydee, and he's

 8         very friends with Haydee.

 9              A.    And I found in my house one day

10         a set of keys.  And I ask all my three

11         daughters what keys is that.  And Haydee

12         told me, oh, this is Jose's keys.

13              I said what keys?  And they

14         have a business in North Broadway now in the

15         Sleepy Hollow, and she have the keys because

16         Jose ask Haydee too many time to help for

17         something about the business, and he want to

18         Haydee to work with him.

19              And I told Haydee when she told

20         me, oh, Jose wanted I work with him.  I say,

21         listen, I think it's better for me that you

22         looking on another job, because I don't want

23         to feeling something happen between you and

24         Jose.

25              Oh, no, no, no, no, ma, no, no,
```

1                              A. GOMEZ                    40

2        no.  I help him a lot, and he tried to buy a

3        computer.  And he told me you use the

4        computer.  You want to take it home.  I

5        think the laptop or something like that.

6        Everything so sweet, so nice.  I say,

7        Haydee, be careful and get out of the

8        situation, and she have the keys.

9                     When everything happened

10       October 17, I'm come back to my house and

11       I'm looking for the keys and I told Haydee,

12       I keep it.  And she say he called Jenny.

13       Jenny is Haydee's best friend.  He called

14       Jenny, and he told Jenny, they asked me for

15       the keys.

16                     That the time my husband is in

17       jail, okay.  And when he arrest Mario, I

18       have a conversation with Mario, and he told

19       me, Jose Quinoy say that he have a couple of

20       friends in the jails, and he had to be

21       careful.  He told Mario.

22                     When I listen about that, I

23       told Haydee what you want to do?  And she

24       say, ma, I don't want more problem because I

25       keep the keys.  I give it to Jenny, and

1                         A. GOMEZ                    41

2        Jenny give it to Jose, because I don't want

3        a problem something happen with my daddy

4        because I have the keys.  And he think I

5        have the keys is because I want to do

6        something with him.

7                    I say, well, everything coming

8        out because you have the keys.  And she give

9        the keys to Jenny.  And I asked Haydee, you

10       give back the keys to Jose, and she say,

11       yes, he coming with Zekus.  That's another

12       Detective, Chuck Zekus, something like that.

13       He working with Jose.  They coming together

14       with Jenny, and they take the keys.

15              Q.    At any point in time, did you

16       tell your husband that you were worried

17       about Detective Quinoy's relationship with

18       your daughter?

19              A.    No, never in my house I have

20       this conversation about that, never.

21              Q.    Why not?

22              A.    Because I say, again, when I

23       see Haydee talking with him, I think she's

24       feeling, oh, he's a detective.  He's my

25       friend.  So, I not feeling.  Detective

A. GOMEZ                                41

1

2      Jenny give it to Jose, because I don't want

3      a problem something happen with my daddy

4      because I have the keys.  And he think I

5      have the keys is because I want to do

6      something with him.

7                     I say, well, everything coming

8      out because you have the keys.  And she give

9      the keys to Jenny.  And I asked Haydee, you

10     give back the keys to Jose, and she say,

11     yes, he coming with Zekus.  That's another

12     Detective, Chuck Zekus, something like that.

13     He working with Jose.  They coming together

14     with Jenny, and they take the keys.

15                     Q.    At any point in time, did you

16     tell your husband that you were worried

17     about Detective Quinoy's relationship with

18     your daughter?

19                     A.    No, never in my house I have

20     this conversation about that, never.

21                     Q.    Why not?

22                     A.    Because I say, again, when I

23     see Haydee talking with him, I think she's

24     feeling, oh, he's a detective.  He's my

25     friend.  So, I not feeling.  Detective

A. GOMEZ                                    42

1

2    Quinoy's married, know the family, know

3    Haydee when she's eleven, twelve years old.

4    They do something like that with my kids.  I

5    think he have more values about that.

6            Q.    Do you think that there is more

7    than just friendship between your daughter

8    and Detective Quinoy?

9            A.    I don't know.  I don't know.  I

10   can't say yes or no.  I say they kissing.

11   They have a very close relation.  The people

12   saw in the bar one day, I think Campbell,

13   Barry Campbell, the policeman.  He saw one

14   time Haydee and Jose in the bar.  He told my

15   husband, and my husband made it a comments

16   about that.

17           Q.    When did --

18           A.    -- when everything happened.

19           Q.    When did Lieutenant Campbell

20   tell your husband that he saw Haydee and

21   Detective Quinoy in a bar?

22           A.    I think that the day that they

23   got arrest.

24           Q.    Not before that?

25           A.    No.  No.  No.

A. GOMEZ                    43

Q.    Before October 17, 2006, did

you hear any rumors from people around the

town or friends that there was something

more than friendship between them?

A.    Well, you know, in my country's

say you're the last person to know

everything that happened in your house.

Nobody come to say your daughter going out

with policeman or detective and married.

Nobody say anything to me.  I'm not

listening anything about that.

Q.    At anytime did your husband say

anything to you before October 17 that he

had heard rumors that there was something

more than friends between them?

A.    No.  It happened -- this

happened Tuesday.  Weekend before somebody

call my husband and made a comment about

Jose Quinoy's talking about my daughter in

the locker room in the Police Department,

that he going out without with Haydee, and

Haydee pay for him.  And why not I have to

did out.

He told me, and he say I can't

A. GOMEZ                    44

1    believe this.  I said, well, what I have to

2    do.  She's twenty-two in this moment.  He

3    not say anything.  He say I know, I know, I

4    know.

5            And he received another phone

6    call Friday before the 17th.  Don't ask me

7    who called, because I don't know.  He

8    talking in English that's only what I know.

9    He talking in English.  When he finished, he

10    told me do you see this?  I say what

11    happened, Mario.  Somebody called me again

12    and told me Jose Quinoy made comments about

13    Haydee.  Haydee going out with him, and she

14    pay.

15            And he not take any attitude or

16    nothing.  He made a comments.  He say what I

17    have to say.  I said, well, Mario, talk with

18    Haydee or something like that, but he never

19    told me talk with Jose Quinoy or nothing

20    like that.  Nothing happened.  This happened

21    Friday.  He home Saturday, Sunday, Monday,

22    and nothing happened before he called Mario

23    to my house -- not my house, to Mario's cell

24    phone.

A. GOMEZ                     45

1

2          Q.     This first phone call that you

3     mentioned where someone called your husband,

4     do you know who that was?

5          A.     No, because he have friends,

6     and I'm the type of a person that I'm not

7     putting a little attention on little things.

8     He have a her friend.  He made the comments.

9     I'm not the type of the person nosey.  I

10    want to know everything.

11               He told me Haydee's twenty-two,

12    and that's it.  He made a little comments

13    about what happened.  Everything is over.

14         Q.     But he said something to

15    Haydee; is that what you're referring to --

16         A.     Yeah.  He say I can't believe

17    that this happened, and Haydee pay.  And I

18    say I don't think so.  So, little comments

19    between the husband and wife.

20         Q.     Did you hear him on the

21    telephone that first time when someone

22    called him?

23         A.     The first time, no.  The second

24    time, yes, I was home.

25         Q.     That's when you noticed it was

A. GOMEZ                           46

a conversation in English?

      A.    Yes.  He's in the room and
talking in English, and I went in the living
room.  At least, I know he's talk with
somebody, but I don't know who's on the
phone.

      Q.    Did you ever find out who that
person was.

      A.    No.  No.

      Q.    Did you ever find out if it was
the same person that called both times?

      A.    I don't know.  I don't know.

      Q.    Do you know did your husband
ever speak to Haydee about these phone calls
that he received?

      A.    He talking with Haydee
normally, and that's it.  He told Haydee he
not approve something like that.  And he
say, no, he's my friend.  He gave me a lot
of favors.  He take tickets for me.  No, no,
no, and that's it.  She going out, and
that's it.

      MS. VOLPER:  Can I just stop
        for second.

A. GOMEZ                    47

Q.      You testified just a minute ago

I believe that Detective Quinoy called your

husband; is that correct?

A.      Yes.

Q.      When was that that he called?

A.      The 17th.

Q.      Excuse me.  Do you know why

Detective Quinoy called your husband?

A.      He called because he wanted

talking about -- I think when Mario talking

with Haydee about it, he listened.  They

going out, you know.

Mario told Haydee he no want a

problem not with Quinoy, because I never

think I have a problem with Quinoy.  My

husband tried to put Haydee out of the

situation because he say, and I told Haydee,

I don't want a problem with Marina because I

know her wife's fight with another girl for

the reason she's going out with her husband

in the Y.M.C.A. in Tarrytown.  They fight,

okay.

And she have a lot of different

problems with women in the town when she

A. GOMEZ                                48

find out somebody going out with Quinoy,

Marena come and having a discussion and

fight.  She fight with two, one or two times

she fight.

            And I told Haydee, I don't want

it, and my husband no want it, because he's

very bold in the community, things in the

school.  My two daughters -- my young

daughter in the school, and he no want the

people talking about my family, never

anything about any situation about that.

        That I know he tried to tell Haydee

the reason that he no want any problems.  He

no want problems, you know, people talking.

And she say, no, no, no, daddy.  No, no.

He's my friend.  He's my friend.

            He have more communication with

me.  That's what I know that he kissed

Haydee, and he try a couple of times because

she told me.  Oh, no, he tried to go bed

with me, but I don't know they going or not

going.  She told me he tried to go bed with

me a couple of times.

            Q.    And by that you're referring to

A. GOMEZ                    49

2    he tried to have sex with her?

3           A.    Yes, that's what she told me.

4           Q.    When did she tell you that?

5           A.    She told me about when

6    everything coming, you know, before the

7    17th.  I have a conversation.  She said, oh,

8    he tried to be sex with me, but I no have

9    nothing with him.  He's only my friend.

10   Okay, that's what you tell me.

11          Q.    Did you at any point in time

12   tell your husband that Haydee told you --

13          A.    -- oh, no, no.

14          Q.    -- Detective Quinoy tried to

15   kiss her --

16          A.    No.  No.

17          Q.    -- or tried to have sex with

18   her?

19          A.    No.  No.  This is between me

20   and Haydee, and that's it.

21          Q.    As we speak now, do you know

22   whether your husband knows this information?

23          A.    Before all this happened, I

24   told my husband.

25          Q.    Before all what happened?

A. GOMEZ                              50

1

2      A.      Before the 17th, when he come

3   back with the jail I told my husband.

4      Q.      What did you tell your husband?

5      A.      I told him and Haydee told him,

6   because she surprised that he hit her father

7   like he did it, and he made a big problem

8   with Mario.  Quinoy made this problem with

9   Mario when nothing happened.  That's what

10  Haydee tried to told her daddy, and she told

11  her daddy he tried to be sex with me, and

12  maybe he did it to you this because I never

13  go bed with him.

14     Q.      When did you tell Mario this

15  information; was this before or after he was

16  arrested?

17     A.      When he come back with the

18  jail.

19     Q.      So, after he was arrested,

20  after he was released from jail?

21     A.      Yes.

22     Q.      As far as you know at that time

23  Haydee also told him the same things?

24     A.      Yeah.  He told him, and I told

25  him about last month, about two or three