A. GOMEZ                    51

1    weeks I have a conversation about that.

2    Mario he don't know anything about that.

3            Q.    Mario doesn't know what?

4            A.    That he kiss Haydee, or he

5    tried to be sex with Haydee, about two or

6    three weeks, one week or two weeks Mario

7    find this situation.

8            Q.    After he was arrested and

9    released --

10           A.    Yes.

11           Q.    -- that's when he found out?

12           A.    About two or three weeks, not

13   too longer.

14           Q.    But as far as you know, he did

15   not know any of that information on October

16   17?

17           A.    Oh, no, no, he no have any

18   information about that.  And he told me one

19   day he going out in the bar, the police

20   going, because he's retired the Correction

21   Department, he know a lot of the policemen.

22   And he come one day in my house, oh, you

23   know who I saw?  I saw Jose Quinoy.  He pay

24   a bill for me.  They have a good relation.

1                              A. GOMEZ                    52

2      It's surprise for everybody this happened.

3              Q.    Do you know what your

4      daughter's current relationship is with

5      Detective Quinoy?  Are they communicating in

6      any way; if you know?

7              A.    Now, I don't know.  I can't say

8      anything about that.

9              Q.    She hasn't confided in you

10     about any communications, about seeing him?

11             A.    No. No. No. No. She not talking

12     this point.  I'm not talking this point.

13     Nobody talking in my house about this.

14             Q.    Have you seen Detective Quinoy

15     since you were arrested?

16             A.    Yes, one time.

17             Q.    When was that?

18             A.    Maybe, November, I'm not sure.

19     I went here in White Plains Road, in Empire,

20     that's for the rent car.  It's Route 119.  I

21     don't know the name.  It's an "E".  The

22     symbol is "E".  I went there with my friend.

23     She was there for rent the car, and I went

24     because she went for the car.

25                   And he coming with Detective

1                          A. GOMEZ                    53

2    Zekus.

3              Q.     Zekus?

4              A.     Yes.  I park my car in the

5    back, and Detective Quinoy's in the front

6    with the door.  When I saw him, I told my

7    friend, oh, my God, look who is here,

8    because very close the incident.  Look at

9    who's here.  Look who's here.

10             And he coming back, he tried to

11   intimidate me.  I'm very nervous.  And I

12   told my friends, don't get out.  Don't get

13   out.  Don't get out.

14             In the middle the street, I put

15   my friend out with the car, because I leave.

16   I say, I have to leave.  I have to leave.  I

17   am very nervous.  Looking what he look at

18   me.  Look at what he look at me, because I

19   am so nervous.  Because he look in the car,

20   and I don't want any problem again.

21             Q.     Did you speak to him at all

22   that day?

23             A.     No.  No.

24             Q.     Other than that time in

25   November, have you seen Detective Quinoy

A. GOMEZ                                    54

2  since then or had any conversations with

3  him?

4          A.    No.  I don't have any

5  conversation.  I saw about two or three week

6  when I went in the court.  He outside in the

7  sidewalk.

8          Q.    But you didn't speak to him?

9          A.    No.  No.  I don't want to

10  anyway.

11          Q.    Now, you said that on October

12  17 Detective Quinoy called Mario on his cell

13  phone?

14          A.    In the cell phone.

15          Q.    Had you spoken with Detective

16  Quinoy at all that day before he called

17  Mario?

18          A.    I called when he arrest me.  I

19  talk with him.

20          Q.    No, before.

21          A.    No.  No.

22          Q.    You did not speak to Detective

23  Quinoy before he called your husband?

24          A.    No.  No.  No.  I don't have.

25          Q.    Do you know why Detective

1                          A. GOMEZ                    55

2    Quinoy called your husband?

3            A.    He called because Haydee told

4    him what happened that what Mario say.

5    Because Mario not talking with Quinoy, Mario

6    talking with Haydee.

7                  So, Mario called me and told me

8    this, and I wanted this coming to stop.

9    That's the conversation he had with Haydee.

10           Q.    When was that conversation with

11   Haydee; that was a few days before?

12           A.    Few days before, normal

13   conversation.  He not mad.  He not nothing.

14   He only told Haydee I want this coming to

15   stop, what happened.

16                 And she say, no, no, no.  I

17   went in the bar with him, but I not paying

18   for him.

19                 And Mario say, well, I want

20   this stop, because I don't want the people

21   talking in the town.  This is a small town.

22   You are beautiful girls.  Why you have to

23   bother with this situation.  Marina find

24   something that you're going out with Jose,

25   she want to come to you, hit her wife.

A. GOMEZ                    56

She say, no, no, no.  He's my

friend.  He's my friend.  Everything

finished.

Jose Quinoy called my daughter

-- no.  I went in my friend's house, Yolanda

in third floor in the building that night.

Haydee call me.  Ma, I talking with Jose,

and he wants my daddy's cell phone.  And I

say for what?  Because he want to talking

with dad.  When she told me like that, he's

my friend, right?  He's Mario's friend?  I

say, well, okay.  He want to talk with Mario

I think he's a normal man not an animal Jose

Quinoy.

I say, okay.  It's okay that I

give my dad's cell phone, because he want to

talk with my dad.  I say okay, okay because

I know Mario.  Mario stopped with the man

that you're talking and you convince him

like this.  You tell whatever, oh, Mario,

nothing happened.  He believe it's true.  I

say, okay, give the cell phone.

Bridget, my another daughter

the little one, stay with Mario and watch

A. GOMEZ                     57

the game, the Mets game.  They sit together

and watch the game.  Jose Quinoy call Mario.

Mario not take the phone.  He leave the

message.  Mario call me, Awilda.  I say,

yes.  You know what?  What.  Jose Quinoy

called me, and he want to talk to me, but I

want to see my game.  I say, well, Mario,

but he call you again, take the phone and

that's it.  Because I think, I repeat he's a

normal man.  I don't think Jose do something

like that with Mario, but he did it.

        And he called again, and Mario

take the phone.  Bridget tell me.  And they

started conversation.  And my daughter

called me.  Then my daughter cell phone,

cell phone to my cell phone.  Ma'am, Jose

Quinoy talking with daddy.  And he talk with

daddy, I don't know what he's saying to my

dad, and he told my dad go to see in the

Police Department.

        And at that time my husband was

in pajamas, and daddy started to dress.  I

say what happened.  I don't know.  I don't

know.  Jose Quinoy say something in the

A. GOMEZ                              58

1
2    phone because I listen.  She don't
3    understand, because out of the phone, but
4    she listen.  Jose Quinoy talking too many
5    things to my daddy on the phone, and so my
6    daddy go to see because my daddy say, oh,
7    you want to see.  Okay, I go to see you, you
8    know.
9              I say okay, okay, okay, okay.
10   Where is daddy.  He going down.  I going
11   down, too, and I follow Mario to the police
12   station.
13             MS. SHERVEN:  I am going to
14        stop you there.  Move to strike the
15        portions that are nonresponsive.
16        Q.   Did you at anytime after
17   Bridget called you go up to your apartment?
18        A.   I tried to go, but she say
19   she's going out, you know, and I going out.
20        Q.   So, after you talked to
21   Bridget, you went down to your car?
22        A.   My car, because I want to see.
23   I seen they have a conversation, because
24   he's my friend.  I don't have any personal
25   thing.

A. GOMEZ                    59

1
2                    MS. VOLPER:  You answered her
3          question.
4              Q.   Okay.  When you went down to
5          your car, did you see your husband?
6              A.   Not really, but I know that he
7          going to the Police Department, and I go
8          there.  And I see him between a 100 Hunter
9          College Avenue, and what's the name of the
10         street.  I forgot now.  And in the front of
11         100 Hunters College to the firehouse, I saw
12         Mario car, and I follow him.
13             Q.   Okay, but you saw his car not
14         specifically him?
15             A.   I know he's in there.
16             Q.   But I mean were you able to see
17         his facial expression?
18             A.   Oh, no, he looked fine, because
19         I give a flash light, and he's fine.  He not
20         made something, he see me from the -- I saw
21         him from the mirror, and he go there.  And I
22         follow him.  I not see him having any
23         expression, mad, or something like that.  He
24         normally.
25             Q.   Why did you follow him?

A. GOMEZ                              60

1

2          A.    I follow him because I want to

3    be in the conversation.  It's about my

4    daughter.

5          Q.    How long was the drive to the

6    police station, approximately.

7          A.    Five minutes.

8          Q.    Approximately, how far were you

9    behind Mario?

10         A.    Very close behind.

11         Q.    ▓▓ you see him park his car?

12         A.    ▓▓ yes.  I saw everything that

13   ▓ight.

14         Q.    Where did he park his car?

15         A.    He parked the car in the front

16   in the building next to the Police

17   Department.  He parked it in the second or

18   third parking, he parked there, very good.

19   I'm in the middle of the street because I'm

20   looking to parking.

21         Q.    Did you see your husband exit

22   his car?

23         A.    Yes.

24         Q.    Do you know if he shut his car

25   off?

```
1                        A. GOMEZ                  61

2         A.    No -- yes, I think, yes.

3         Q.    When he exited the car, did he

4   close the car door?

5         A.    Yes.

6         Q.    What happened after he closed

7   the car door?

8         A.    Okay.  I'm in the middle of the

9   street and looking for parking.  When he

10  parked the car here in the right side, I saw

11  Jose Quinoy and Michael Gasker in the middle

12  of the street, okay.

13              I'm stop in the front.  I have

14  my light and everything of my car.  I say my

15  car is started.  I have the light and

16  everything.  I saw Jose Quinoy and Michael

17  Gasker here.  Jose Quinoy coming in a

18  scream, Police.

19              At the time, I open my door,

20  and I get out of my car.  My car is in the

21  middle of the street.  And he coming and

22  scream to Mario, put your hands up, and

23  Mario do like this.

24        Q.    I'm going to stop you right

25  there, because you're indicating, and we
```

A. GOMEZ                    62

1

2    need to put on the record.  Just so the

3    record is clear, you said that Mario went

4    like this and you're moving.

5         A.    Mario move.  Jose Quinoy in the

6    middle of the street and coming to catch

7    Mario with Michael Gasker.  And he said,

8    Stop.  Don't move.  Police.

9              He coming with the handcuff in

10   the left, in the left hand, and he tried to

11   come with Mario.  Mario move around to front

12   to the car, and he put the hand up.  At the

13   same time, Mario move back and say, what

14   happened?  I think you call me for talk.

15             This is arrest, and Jose Quinoy

16   jumped to Mario.  He give the first punch.

17   I no say punch.  He do like this.

18             MS. VOLPER:  Wait until she

19        asks you a question.

20        A.    I think I really see.

21        Q.    I'm going to try and ask you

22   more detail questions to understand every

23   step.

24             When Mario exited his car, did

25   he walk or move at all towards Detective

A. GOMEZ                          63

2    Quinoy?

3           A.    He no have the time.  He stayed

4    next to her car, and he say, don't move.

5    Mario move -- don't move.  Mario move the

6    body to her car, front of her car.

7           Q.    And he put his hands up?

8           A.    And the put up the hands.  And

9    he move back again and with the hands up,

10   and he said, wait a minute, I think you call

11   me and you told me to come here to see you

12   for talk.

13              And Jose Quinoy coming and

14   tried to hit him, and he move down.  And at

15   the moment, I'm scream, what happened.  What

16   happened.  And I lose -- but I saw when he

17   tried to hit Mario first.

18           Q.    You testified that Detective

19   Quinoy was screaming; is that correct?

20           A.    Yes.

21           Q.    And he's screaming, put your

22   hands up, police?

23           A.    Yes.  This is arrest.

24           Q.    Was he saying this in English

25   or Spanish?

A. GOMEZ                          64

1
2          A.      English.

3          Q.      And do they normally speak in

4    English or Spanish to each other?

5          A.      No.   They speak normally the

6    Cuban people speak both, English and the

7    Spanish.   They started in English and they

8    continuing in Spanish.   They come back to

9    English and back to Spanish.

10         Q.      Back and forth?

11         A.      Yeah, back and forth.   That's

12   what happened that night.   But when they

13   say, it's police.   He's started in English.

14         Q.      What tone of voice was he

15   using?

16         A.      When you arrest the people to

17   do something wrong, very stronger.

18         Q.      Can you describe the manner in

19   which Detective Quinoy went up to your

20   husband?   Was he running?   Was he walking?

21   Was he doing something else?

22         A.      Go fast.   He's not running.

23   He's not walking.   When you go fast and you

24   try to catch the person, and he come close

25   with Mario with the handcuffs, he tried to

A. GOMEZ                              65

1

2      hit Mario.  And Mario got down, and that's

3      when they holding together.

4               Q.     When Mario parked his car, how

5      close was Detective Quinoy and Officer

6      Gasker to him?

7               A.     I say around not too close,

8      five or six -- more twelve feet.  He's in

9      the middle of the street.  Quinoy and

10     Gasker, and Mario is close to the car in the

11     sidewalk.  A couple of feet, I don't know

12     really.

13              Q.     Did Officer Gasker say anything

14     during that time period?

15              A.     Nor

16              Q.     What was his demeanor?

17              A.     Well, that I saw, they hold all

18     three together, and I'm going to scream a

19     lot.  I go inside.

20              Q.     But before this, when Mario

21     pulled up, did Officer Gasker do anything or

22     say anything?

23              A.     He not say anything.

24              Q.     He's just standing there?

25              A.     No, both go to hold Mario.

A. GOMEZ                                              66

1

2          Q.     So, when Detective Quinoy was

3    walking quickly towards Mario, you saw

4    Officer Gasker do the some thing?

5          A.     Yes, behind.

6          Q.     Behind?

7          A.     Yes, behind.

8          Q.     Did Officer Gasker have

9    anything in his hands?

10         A.     I don't know.  At the moment I

11   don't know, because when I see -- they

12   jumped to Mario together, I'm very nervous.

13         Q.     You testified that you saw

14   Detective Quinoy, that he had handcuffs in

15   his hands, correct?

16         A.     Yes.

17         Q.     In His left hand?

18         A.     Yes.

19         Q.     Can you describe for me what

20   you mean when you say that Detective Quinoy

21   took the first swing?  What did he do?

22         A.     When he close to Mario, he

23   tried to hit Mario.

24         Q.     Did he actually come into

25   physical contact with Mario at that point?

A. GOMEZ                                    67

1

2          A.     He come that I coming with you,

3    and tried to hit you.  That's what he doing.

4          Q.     From what you're saying at that

5    time Detective Quinoy did not hit him?

6          A.     No.  He went and through the

7    hand, and Mario got down, and that's when

8    Gasker jump and Quinoy, and all three

9    together.  Because I remember Mario hold

10   Jose, when you hold in the body, tried to

11   protect, because two people coming with

12   Mario.  Gasker and Jose Quinoy at the same

13   time.

14         Q.     Is it your testimony that

15   Officer Gasker, though, is the one who first

16   grabbed Mario?

17         A.     No.  Gasker behind Jose.

18         Q.     So, Detective Quinoy grabbed

19   Mario first?

20         A.     Yes.  Yes.  Yes.

21         Q.     Where on his body did Detective

22   Quinoy grab him?

23         A.     Well, I saw together.  Don't

24   ask me, because at the time I'm cry.  I

25   started cry.

A. GOMEZ                                    68

1

2       Q.    What happened next?

3       A.    I cried, and I said, what

4  happened.  What happened.  And I going

5  inside the Police Department.

6       Q.    Okay, just so we're clear, at

7  the time that you saw them --

8       A.    They together.

9       Q.    -- hit Mario and the two

10  officers together physically, you went

11  inside the precinct?

12       A.    Yes.

13       Q.    Why did you go inside?

14       A.    I go inside for help, and I'm

15  screaming.  I be there, the Lieutenant

16  Hayes, Gabrielle or something Hayes.

17       Q.    Hayes?

18       A.    He was there.

19       Q.    Did you speak with Lieutenant

20  Hayes?

21       A.    He not talk to me.  He ignoring

22  me.  I come.  I can't believe that.  I went

23  inside, and I say, I need help.  I need

24  help.  Two police Jose and another policeman

25  fight with my husband.  I need help.  I need

```
1                          A. GOMEZ                     69
2      help.  He only look at me and not say one
3      word.
4              Q.    Who?
5              A.    Lieutenant Hayes.
6              Q.    What happened then?
7              A.    When I going out, I saw Ebel
8      out too, okay.  Because he not say anything
9      I'm running very fast and I'm screaming like
10     a crazy, help, help, help.
11             Q.    Who were you calling help to?
12             A.    I don't know.  When you see
13     something like that, you see in the TV, it's
14     very easy.  You see in the TV, when you see
15     your husband not doing anything wrong, and
16     three people -- because at the time when I
17     get out Ebel, another officer is staying
18     with Mario, too, and they put the handcuff
19                  And Mario tried to say, I'm
20     retired correction officer, the New York
21     City, and Ebel say, fuck you, correction
22     office.  This is the Sleepy Hollow
23     policeman.
24                  MS. SHERVEN:  Move to strike
25             the portions that were nonresponsive.
```

A. GOMEZ                              70

Q.     How long were you inside the
precinct, approximately?

A.     Seconds, because when I see
nobody seeing me, nobody -- everybody
ignoring me I'm running down.  I'm
screaming.  I look at what happened.

Q.     What did you see when you
exited the police station?

A.     When I go out?

Q.     When you went out, yes.

A.     When I get out at the time that
I get out, I stay here and all three
policemen there, and Mario in the floor.
They tried to -- I'm retired policeman the
New York City because Jose Quinoy know
Mario.  I don't know Mario know the Ebel and
Michael Gasker.  I don't know.  And he tried
to say, I'm retired correction office.
That's enough.  That's enough.  That's
enough, because they gave the electricity.

Q.     Did you know Officer Ebel,
like, who he was by name at that time?

A.     No.  I don't know him.  That's
what I write here, because I don't know

A. GOMEZ                                71

nobody in the Police Department.  I don't

have any communication with nobody there.

Q.    What exactly do you have with

you?

A.    Oh, the names of the people

involved in the case, because my English is

not really good, and I want to say the

correct name.

Q.    Is it something that you

prepared?

A.    Not prepared, I put the name.

Q.    Well, you wrote these things,

these names down?

A.    Yes, because I know what

happened in the incident, but sometimes my

English I forget really the name.  That's

what I write here but it's nothing.

Q.    When did you make this list of

names?

A.    Oh, today, today, when they

tell me I had to be here, because I want to

do correct.  I do at my house on my own.

Q.    Did you look at something in

order to write down all the names?

A. GOMEZ                          72

1

2          A.      No.  I not look at nothing.  I

3    no have nothing to look.

4              MS. SHERVEN:  I'm just going to

5          ask for a copy of the index card.

6          Q.     If I could see it, too.  You

7    show it to your attorney first?

8          A.      Oh, yeah.  Oh, yeah.

9              MS. VOLPER:  She wrote down

10         what she thought are the names.

11         A.      Yes, my daughter helped me.

12         Q.      Okay, thanks.  Was that Haydee

13   that helped you or another daughter?

14         A.      And Bridget, not Haydee, yes.

15         Q.      Now, the information that's

16   written on the back, does that have anything

17   to do with?

18         A.      Oh, no.  This is for the

19   Service for my job, Family Service Children

20   Service.

21         Q.      That was your former job?

22         A.      Yeah.  That's normally things

23   that I use on my job, and I put the date

24   today because I want to say the good -- I

25   don't want to confuse you.  I don't want to

A. GOMEZ                          73

1

2    confuse me.

3              Q.     I'm just going to ask for a

4    copy of both sides of the document?

5              A.     Oh, yeah.

6              Q.     Did you know Officer Gasker

7    before this?

8              A.     No.

9              Q.     When you came out of the police

10   station, you testified that Mario was on the

11   ground; is that correct?

12             A.     No.  They all three policemen

13   together with Mario.

14             Q.     On the ground?

15             A.     No.  Together.

16             Q.     Standing?

17             A.     Yes.  And Jose say something, I

18   don't know in English, and the two policemen

19   Gasker and Ebel started giving electricity

20   to Mario.

21                    When I saw that because they

22   made it terrible noises.  I saw, and Mario

23   say that's enough.  That's enough.  That's

24   enough.  And he put the hands, that's

25   enough.  That's enough.  They put on the

Case 7:07-cv-09310-CS    Document 16-11    Filed 06/27/2008    Page 24 of 25

A. GOMEZ                                74

1
2      ground.
3              Q.      Did you see which officers used
4      the electricity that you described?
5              A.      Yes.
6              Q.      Which officers?
7              A.      Michael and Ebel.
8              Q.      Not Detective Quinoy?
9              A.      Nor
10             Q.      But you believe that he said
11     something to them?
12             A.      No.  He give the order.
13             Q.      Did you hear what the order
14     was?
15             A.      I don't know the name what they
16     call, but he say at the same time they
17     started the electricity with Mario.
18             Q.      Where on Mario's body did you
19     see Officer --
20                     MS. VOLPER:  Do you need to
21             take a break?  Are you okay?  Do you
22             want to go to the ladies room?
23                     THE WITNESS:  This happen to me
24             all the time.  That's why I not
25             talking about that.

```
1                         A. GOMEZ                    75

2                  MS. VOLPER:  Are you sure you

3              don't want to take a break?  Take a

4              break.

5              A.    No. No. No.  They give

6    electricity in Mario's back.  They put the

7    handcuffs and they continued.  They

8    continued, and Ebel he put the neck in Mario

9    -- the knee in Mario.

10                 MS. VOLPER:  Do you want to

11             take a break?  I know you're upset,

12             and it's hard to understand.

13                 THE WITNESS:  I never saw

14             something like that.

15                 MS. VOLPER:  Okay, let's stop.

16             Let's stop the record.

17                 (Whereupon, a recess was

18             taken.)

19             A.    Okay, when they give the

20   electricity to Mario, Mario down in the

21   ground.  They put the handcuff.  He's down.

22   Ebel and Jose Quinoy continue to hit him.

23   Jose Quinoy kick Mario in this part with the

24   head, in the top of the head.  And Ebel hit

25   Mario all the place.  Gasker is stand up and
```