A. GOMEZ                          76

2   ~~Looking.~~

3                    ~~And I told -- Jose Quinoy --~~

4   ~~Gasker~~ had the knee in Mario's neck like

5   ~~this. Pushed~~ down Mario. I don't know why

6   when he have the handcuff, he do it.

7        Q.    Who did that?

8        A.    ~~Ebel.~~ And Jose ~~Quinoy continue~~

9   ~~to kick Mario in his~~ head in the top of the

10  head, here. And I told Jose Quinoy, ~~Jose,~~

11  ~~Jose, stop. Stop.~~ Why you do ~~that.~~

12                   ~~He hold~~ me for my jacket, and

13  he threw me out in my car. Very abuse.

14  ~~When Mario saw that, he tried to up on two~~

15  ~~hands. I have a surgery because I have a~~

16  ~~cancer in September.~~ He know because my

17  ~~daughter told him.~~ I have a surgery they

18  ~~put everything out.~~

19                   MS. VOLPER:  A hysterectomy?

20                   THE WITNESS:  Yes.

21       A.    And Mario screamed, what you do

22  that.

23       Q.    We're going to try to simplify

24  things, and I'm going to try and break this

25  down.

A. GOMEZ                                    77

        When you came out of the police
station, Mario and the three police officers
were still standing, correct?  Is that, yes?

        A.    Yes.

        Q.    At that time you heard
Detective Quinoy say something?

        A.    Yes.

        Q.    And then the officers used the
electricity; is that right?

        A.    Yes.  As soon as they started
the electricity he down.

        Q.    Where did you see, at that time
where did you see Officer Ebel use the
electricity on Mario?

        A.    In her back, in her back, all
the back he have a lot of marks, and Gasker
do it, too, at the same time.

        Q.    I'm asking, though, at that
time, what you specifically saw, okay.  Not
based on any marks or anything else?

        A.    ~~In her back.~~  ~~He did it~~ in her
back.

        Q.    ~~How many times?~~

        A.    ~~A lot of times.~~

A. GOMEZ                                78

1

2          Q.    Listen to my question first,

3    okay.  How many times did Officer Ebel use

4    the electricity on his back before he fell

5    to the ground?

6          A.    He do it continuing, ring,

7    ring, ring.  That's when I scream.  I go

8    back to the department, inside the Police

9    Department and I asked for more help.

10         Q.    Before you went back into the

11   police station, did you see Officer Gasker

12   use the electricity?

13         A.    Both at the same time.

14         Q.    And you said that Officer Ebel

15   was using the electricity on Mario's back,

16   right?

17         A.    Both in her back.

18         Q.    So, his back.  So, Officer

19   Gasker was also using it on his back?

20         A.    Yes.

21         Q.    When they used the electricity,

22   did Mario then immediately fall to the

23   ground?

24         A.    Mario screamed.

25         Q.    Did Mario immediately fall to

1                          A. GOMEZ                    79

2      the ground?

3              A.     Yes.  He said that's enough.

4      That's enough.  He's screamed, that's

5      enough.  That's enough.  And they continue,

6      continue it.  I go back inside the Police

7      Department and ask for more help.

8              Q.     Who did you ask for help?

9              A.     The lieutenant that was there.

10             Q.     The lieutenant that was at the

11     desk in the front?

12             A.     Hayes, yes.

13             Q.     What, if anything, did

14     Lieutenant Hayes say to you?

15             A.     Nothing.

16             Q.     Did he do anything?

17             A.     I screamed I need, I need help.

18     They kill my husband.  He look at me, and I

19     go back, because he not move.  He not do

20     anything.

21             MS. SHERVEN:  Move to strike

22             the portion that's nonresponsive.

23             Q.     How long were you inside the

24     precinct at that time?

25             A.     Second, second.

```
1                          A. GOMEZ                    80

2              Q.    And then you went back outside?

3              A.    Yes.

4              Q.    What did you see first when you

5    got back outside the second time?

6              A.    Mario have the handcuffs and go

7    down to the ground.

8              Q.    So, Mario's laying on the

9    ground.

10             A.    Yes.

11             Q.    And his hands cuffed at the

12   time?

13             A.    Yes, and they continued -- and

14   Ebel continue to do electricity one more

15   time.

16             Q.    Where did you see Ebel use the

17   electricity on Mario?

18             A.    In the back.

19             Q.    At that time when you came back

20   out, did you see anyone else use

21   electricity?

22             A.    At the time only Ebel.

23             Q.    And you said he did it one more

24   time?

25             A.    Yes.
```

1                          A. GOMEZ                81

2              Q.    Did you see any police officer

3     use the electricity on Mario in anywhere

4     other than his back?

5              A.    In the moment, no.

6              Q.    At anytime?

7              A.    Yes.  Yes.  They use it again.

8              Q.    Okay, up until the time you

9     came out of the precinct the second time

10    okay.

11             A.    Okay, when I get out Ebel use

12    it one more time.

13             Q.    I'm going to stop you there.

14    At that point had you seen them use the

15    electricity anywhere other than your

16    husband's back?

17             A.    Yes.

18             Q.    Where?

19             A.    In the neck, and Michael Gasker

20    put in the neck.

21             Q.    Did you see that?

22             A.    Oh, yes, that's when I cringe

23    like a crazy.  I have the vision here.

24                  MS. VOLPER:  You're pointing to

25    your head?

1

2    A.    ~~Yes~~  Michael Gasker have it in

3    the neck, and ~~Ebel~~ he gave Mario ~~electricity~~

4    I think in the right side, here, because

5    he's like this.

6          MS. VOLPER:  Pointing to your

7          temple.

8    A.    ~~Yes,~~ on the ground.  He's like

9    ~~that.~~  He put like close to here, the hair,

10   in the hair here in this area he put the

11   ~~electricity.~~

12   Q.    Was those times was that the

13   second time you came out of the precinct or

14   before?

15   A.    That's the second time and he

16   have a handcuffed when they do it the second

17   time the electricity.

18   Q.    Were there any other ~~police~~

19   officers outside after you came out the

20   second time?

21   A.    ~~No.~~  When I came out the second

22   time only all three there.  Jose Quinoy

23   kicked Mario in the top of the hair.  They

24   put the electricity that I sat the second

25   time in the neck in the hair, because I told

1                      A. GOMEZ                    83

2     Jose Quinoy next to me, I touched -- he have

3     a -- Mario use it today.  What do you call,

4     the polo.

5                 MS. VOLPER:  He had a long

6            sleeve shirt is that what you're

7            saying?

8                 THE WITNESS:  Yes.

9                 MS. VOLPER:  A long-sleeved

10           polo.

11                A.    ~~Jose~~ Quinoy have one that

12    ~~night, black, and~~ I touch, ~~Jose, Jose,~~ like

13    ~~this.  I not hit.~~  I not doing anything.

14    Stop it.  Stop.  He hold me by ~~my jacket and~~

15    ~~he threw me in front to my car.~~  --

16                When Mario tried to --

17                Q.    -- I'm going to stop you there.

18    Just let me ask the questions, okay.

19                ~~So, you walked up to Detective~~

20    Quinoy and ~~touched~~ his arm?

21                A.    ~~Not really~~ touch.  I say stop,

22    ~~stop, stop, you know.~~

23                Q.    You said something, he was

24    wearing a long sleeve shirt?

25                A.    No, not his shirt, not hit or

1                    A. GOMEZ                    84

2    touch.  I say stop, stop, stop.  And he not

3    listen.  I say stop.  That's the contact

4    that I had with Mr. Quinoy.

5          Q.    Did you touch his arm?

6          A.    Not really touch, because he's

7    very excited.  I can't touch.  I crazy.

8    Maybe he kill me.

9          MS. SHERVEN:  Move to strike

10          the portions not responsive.

11          MS. VOLPER:  So, the way you

12          motioned, you're making a motion with

13          your hands.

14          THE WITNESS:  Yes.  I say stop,

15          stop, like that.

16          Q.    You never touched his arm?

17          A.    No, not really touch him.

18          Q.    When you say not really,

19    though, what do you mean?

20          A.    I say, no, I not touch him.  He

21    look like animal out of control.

22          MS. SHERVEN:  Move to strike

23          the portion as nonresponsive.

24          Q.    When you're saying to Detective

25    Quinoy, stop, that you say he then grabbed

1                          A. GOMEZ                    85

2      you by the shirt?

3              A.    My jacket, I have a jacket.

4              Q.    And what happened then?

5              A.    He threw me down.

6              Q.    Did he physically pick you up

7      off the ground?

8              A.    Oh, yeah.  He hold me and threw

9      me down.

10             Q.    When you say that he threw you

11     down, can you approximate for me the

12     distance?

13             A.    The distance is here about two

14     or three feet because my car is next to him,

15     and he threw me in the top of my car.

16             Q.    What did you see happen next?

17             A.    Well, when I go down Mario

18     tried to up, and say are you crazy.  She

19     have a surgery, and they started hitting

20     Mario again.

21             Q.    And these are the three

22     officers that you mentioned earlier?

23             A.    Yes.

24             Q.    Where did they hit him at that

25     time?

1

2          A.     ~~They~~ put down, Gasker put down

3    ~~put~~ the neck in the Mario's neck and push

4    ~~down and hit.~~

5               MS. VOLPER:  Did he put his

6               knee in Mario's neck?

7          A.     ~~In the~~ neck, yes.  ~~He like~~ that

8    ~~all the time and~~ push Mario down.  And Mario

9    he's in the ground like that, and he

10   ~~stopped.  I'm talking about the Ebel,~~ and he

11   -- ~~what do you say~~ -- hit Mario in the face

12   ~~like this.~~

13               MS. VOLPER:  Kicked?

14         A.     No.  Put the fists on the top

15   like that.

16               MS. VOLPER:  Put his fists?

17               THE WITNESS:  Yes, like this,

18               in her face.

19               MS. VOLPER:  You're motioning

20               you're stomping on the ground?

21               THE WITNESS:  No.  Mario's in

22               the ground like that.

23         Q.     You're indicating his head is

24   to the left side?

25         A.     Yes.  He looking at me.  He's

1                          A. GOMEZ                    87

2      in the back, he's, yeah, in the left side.

3      That's when they give the electricity, too,

4      Gasker. And he move up and put the fists in

5      Mario's face like this very very hard in the

6      face.

7                  MS. VOLPER:  Did you say fists?

8                  THE WITNESS:  The feet, like

9            this.

10                 MS. VOLPER:  Oh, the feet.

11                 THE WITNESS:  Like this in

12           Mario's face.  Gasker do it, and Jose

13           Quinoy continue kicking.  That's when

14           all the police coming.

15           Q.    When you say all the police

16     come, who are you referring to?

17           A.    Thank God.  Tarrytown Police

18     Department coming for help.

19           Q.    Do you know who called the

20     Tarrytown Police?

21           A.    No.  I don't have idea.

22           Q.    How many officers arrived?

23           A.    Around six or seven, because I

24     saw too many cars, but I'm not counting.

25           Q.    Did you see any other Sleepy

A. GOMEZ                                    88

2    Hollow police cars or officers?

3              A.   Yes, they coming I think two,

4    and one that I know coming at the time is

5    what the names -- the lieutenant's son.  He

6    was there.  But nobody do -- the Sleepy

7    Hollow police coming, but they not do.

8    Anything.  They only look.  Everybody in

9    shock.  Look like that.  Don't say anything.

10   Don't do anything.  Don't try to stop, and

11   ~~Ebel and Jose do~~ continue to hit ~~Mario and~~

12   ~~he's on the floor with the handcuffs.~~

13              When the police, the Tarrytown

14   coming, I think they sergeants, but I don't

15   really really familiar with the people, the

16   Police Department, I tell you the truth.

17   ~~Take Jose Quiney and say, Jose, that's~~

18   ~~enough.  That's when~~ everything stopped.

19              Q.   Did you see that happen?

20              A.   Oh, yes, I was there.  Two feet

21   the distance.  When he coming he say, Jose,

22   that's enough.  That's the police for the

23   Tarrytown.

24              Q.   ~~At any point in time during~~

25   ~~this whole incident~~ that you described, did

A. GOMEZ                                    89

you see Mario strike Detective Quinoy?

        A.    No.

        Q.    At anytime did you notice
whether Detective Quinoy had any injuries?
Was he bleeding or bruised?

        A.    Quinoy?

        Q.    Quinoy.

        A.    I don't know.  I don't know.  I
don't know.

        Q.    Did you later see him at the
hospital?

        A.    Well, this not stop it there.
I see in the hospital, but the problem not
stop right away.

        Q.    I'm just asking whether you saw
him at the hospital later?

        A.    Jose Quinoy?

        Q.    Quinoy.

        A.    Yes, I went in the hospital.

        Q.    Did you ever find out if
Detective Quinoy had any injuries?

        A.    No.  He sit down in the other
side with Jimmy Warren, the Chief, and I
don't know for what reason he was there.

A. GOMEZ                          90

1

2          Q.      When the Tarrytown Police

3    arrived that's when everything stopped; is

4    that correct?

5          A.      ~~Not everything has stopped.~~

6    ~~The police the~~ Tarrytown take it out Jose

7    ~~out of Mario.~~

8          Q.      ~~What happened then?~~

9          A.      ~~Well,~~ they hold Mario.  Gasker

10   ~~and Ebel hold Mario.~~  Stand up in front of

11   ~~me, okay.~~  Jose Quinoy coming and saying

12   ~~little~~ things and punch Mario in her face

13   ~~again.~~

14         Q.      Where did this happen?

15         A.      In front of everybody.

16         Q.      Was Mario standing?

17         A.      Standing.  When they stand

18   Mario because he no have anything.  He no

19   have nothing.  When they stand Mario, Mario

20   like that, he coming and.

21         Q.      You're indicating his hands are

22   ~~cuffed behind his~~ back?

23         A.      ~~Yes, in the back, and two~~

24   ~~policemen~~ holding him, and Michael and I

25   don't know who, because at the time I feel

```
1                          A. GOMEZ                    91

2      so nervous, crazy, he threw him on the

3      floor.  I have a pain.  I saw he come and

4      punch Mario in the face.

5              Q.     Punching, you're using you

6      right fist; is that correct?

7              A.     The right or the left I'm not

8      sure.

9              Q.     But it was his hand?

10             A.     Yes, the hands.

11             Q.     With the closed fist?

12             A.     Yes, closed like this, and he

13     hit Mario in his face.

14             Q.     Where in the face?

15             A.     I think in the right eyes.

16             Q.     What happened next?

17             A.     Next, they hold Mario.  I don't

18     know for what reason.  He's in the front of

19     the Police Department, they coming, and they

20     put Mario in the seat back with the car,

21     okay.  And Richard -- that's the guy driving

22     the car.

23                    MS. VOLPER:  Richard

24             Delasandra.

25             A.     Yes, he's here in front of me.
```

A. GOMEZ                     92

1

2    The door is open, okay because I not leave.

3    I have a lot of pain, but I'm going to stay

4    there.

5           Q.    Which door is open, the police

6    car?

7           A.    The police car in the back,

8    they sit down Mario in the back with the

9    handcuffs and everything, and Jose Quinoy

10   give another orders.  Do this, do that,

11   orders, he doing orders to the people there.

12   Do this.  Do that.  And he coming in front.

13   Richard because he's in the front and I am

14   in the back and kick Mario in her face.

15          Q.    Where in the face?

16          A.    In the right side, here, all

17   the face, boom, in the face, coming the

18   kick.

19          Q.    And that's when Mario was

20   sitting in the police car?

21          A.    Yes.

22          Q.    What happened then?

23          A.    They close the door and they

24   take --

25          Q.    Who's they?

1

2          A.    Who?

3          Q.    Who closed the door?

4          A.    Richard and he drive the car

5    and go back to the Police Department.

6          Q.    Did you see Detective Quinoy

7    kick Mario?

8          A.    Oh, yes.

9          Q.    When the police car drove away,

10   what did you do?

11         A.    I going inside.

12         Q.    You walked in?

13         A.    Yes.  I going inside the Police

14   Department, because I want to see what

15   happened with Mario.  That's the first time

16   that I have experience about that, and I

17   have to see what the next step that I have

18   to do that.

19         Q.    At that time, how were you

20   physically feeling?

21         A.    Very bad, I have a lot of pain.

22         Q.    Where?

23         A.    In all my stomach here in my

24   back part.

25         Q.    When you said that Detective

1                          A. GOMEZ                    94

2     Quinoy threw you onto the car onto your car,

3     what portion of your body hit the car?

4              A.    All my front.

5              Q.    Your front?

6              A.    Yes.

7              Q.    Your chest?

8              A.    Yes.

9              Q.    What about your stomach?

10             A.    All my stomach, everything,

11    because he moved my body.  He's a man threw

12    it to the car.

13             Q.    Can you describe the pain that

14    you were experiencing in your stomach?

15             A.    Not really my stomach.  In my

16    back part, you see when you have a --

17                  MS. VOLPER:  -- are you saying

18             your bad part.

19                  THE WITNESS:  No, here.

20                  MS. VOLPER:  Where you had your

21             hysterectomy, your lower abdomen?

22                  THE WITNESS:  Yes, were you

23             have the feeling, the part that you

24             feel that's where I feel it bad pain.

25                  At the time my daughter Haydee

A. GOMEZ                          95

2      and Jenny coming to the Police

3      Department.

4           Q.     I'm going to stop you there,

5 now.  Can you describe the pain.  You said

6 it's a bad pain.  Is it sharp?  How would

7 you describe it?

8           A.     No.  I feeling something coming

9 down then my body.

10          Q.     What do you mean?

11          A.     Bad pain when you have a bad

12 bad pain, and you feeling something oh, my

13 God, something coming down.

14               MS. VOLPER:  Something coming

15          down.

16          Q.     Do you mean internally?

17          A.     Internally, I'm feeling

18 something out of my body.  That's what I

19 feeling at the moment.

20          Q.     Is that when your daughter

21 Haydee and Jenny arrived?

22          A.     Jenny and Haydee coming to the

23 Police Department, because I call Haydee and

24 I say I feel so bad, and they bring me to

25 the hospital, Jenny and Haydee.

1                              A. GOMEZ                    96

2              Q.     Is that to Phelps Hospital?

3              A.     Yes.

4              Q.     What treatment, if any, did you

5    receive at the hospital?

6              A.     At that time, when I was there

7    I lost controlled.

8              Q.     When you say that you lost

9    control at the hospital, what are you

10   referring to?

11             A.     When I went in the hospital I

12   have a terrible pain in my life.

13             Q.     Did the pain change or worsen

14   by the time you got to the hospital.

15             A.     No.   When I went in the

16   hospital, they put me in the inside right

17   away because I was screaming.   I can't walk.

18   I feel my life coming down, a very bad pain

19   I have at the moment.

20                    MS. SHERVEN:   I move to strike

21             the portions that not responsive.

22             Q.     Did the medical professional

23   examine you?

24             A.     Oh, yes.

25             Q.     What did they do?

1                        A. GOMEZ                    97

2            A.    They do a test, the readings.

3            Q.    Which tests?

4            A.    The readings, and they give me

5      two or three shots, because they put me

6      first one, and then I were for the pain.

7            Q.    Shots for the pain?

8            A.    Yes, they gave me two or three.

9            Q.    What other types of testing did

10     they do?

11           A.    No.  He say they do the

12     emergency, they do the first thing.  I told

13     them that I have the surgery, and what

14     happened.  And they say they put me for the

15     pain, and I go home.  And I had to go to

16     everything's fine.  I had to go the next

17     day.  They made an x-ray, because I have a

18     lot of pain in my left side in my ribs when

19     I breathe I feel pain.  I have a bad pain in

20     all this right side in my ribs.

21                 MS. VOLPER:  You're pointing to

22           your left ribcage?

23           A.    Yes, in the left, and they take

24     an x-ray.

25           Q.    Did they tell you what the

A. GOMEZ                          98

2    results were of the x-rays?

3              A.    Well, at the moment they say

4    you have a bruised rib they not say.

5              MS. VOLPER:  Bruised rib?

6              A.    Bruised, because it's very sore

7    at the time.  He not see good.  I went again

8    to take another x-ray.

9              Q.    What was the result of that

10   x-ray?

11             A.    Well, the doctor say it's

12   broken or not they can't do anything.  I had

13   to live like that and relax.  That's what I

14   do.

15             Q.    Did they tell you at anytime

16   that your ribs were cracked or broken?

17             A.    No, I don't think so broken

18   broken, but they have a bruise.

19             Q.    Bruise.  When you first went to

20   Phelps Hospital, did they examine you

21   internally because of the hysterectomy?

22             A.    Yes.

23             Q.    Did they tell you if there was

24   anything wrong internally?

25             A.    No.  They say everything --

A. GOMEZ                           99

remember I no have nothing.  They say is the

pain that I feeling is for the surgery,

because this happened one month later.  But

I don't have nothing inside because first of

all if I saw the doctor, I'm feeling

something come out of my body.  He say, no,

that's the sense because you only have one

month the surgery.

      Q.    At any point in time after

October 17, 2006, did you experience any

bleeding?

      A.    Not bleeding, but I have a lot

of pain for around one and a half, two

months.  I went to Doctor Carniciu a couple

of times and complained about that.

      Q.    Where were you experiencing

this pain; in your ribs or your lower

stomach?

      A.    In my ribs and my lower

stomach, too.

          MS. SHERVEN:  All right.  This

          might be a good stopping point at

          this point since we're not able to

          finish with the 50-h today.  Counsel

```
1                        A. GOMEZ                    100

2          has an appointment in the city, so

3          we'll reschedule for a mutually

4          convenient time.  Okay, thank you.

5                (Time noted 3:54 p.m.)

6

7

8                        _____
                              AWILDA GOMEZ
9

10         Subscribed and sworn to

11         before me this_____day

12         of_____, 2007.

13

14         _____

15            Notary Public

16

17

18

19

20

21

22

23

24

25
```