```
 1                    A. GOMEZ                   112
 2              AWILDA GOMEZ, residing at 1
 3         River Plaza, Apt. 1E,
 4         Tarrytown, New York 10591,
 5         having been duly sworn by
 6         Notary Public, Nancy P. Tendy,
 7         testified as follows:
 8    EXAMINATION BY MS. SHERVEN:
 9         Q.    Good morning, Mrs. Gomez.  As
10    you remember, my name is Jennifer Sherven.
11    We were here last on March 30, 2007, when we
12    began your 50-h Hearing.
13              Again, I'm an attorney with
14    Miranda, Sokoloff, Sambursky, Slone
15    Verveniotis, and we represent the Sleepy
16    Hollow Police Department and the Village of
17    Sleepy Hollow in this claim that you and
18    your husband have filed.
19              Is your address still 1 River
20    Plaza, Apartment 4E in Tarrytown, New York?
21         A.    Yes.
22         Q.    Is there any reason why you
23    would be unable to testify fairly and
24    accurately here, today?
25         A.    What reason?
```

```
1                    A. GOMEZ                    113
2         Q.    Is there any reason why you
3    cannot testify fairly and accurately today?
4         A.    No.
5         Q.    The same general rules apply.
6    If you do not understand my question at
7    anytime, let me know immediately, and I will
8    rephrase the question so that you do
9    understand, okay.
10        A.    Okay.
11        Q.    Now, you had testified last
12   time that when on October 17, 2006, when you
13   arrived at Sleepy Hollow Police Department
14   you saw Detective Quinoy and Police Officer
15   Gasker outside of the police station,
16   correct?
17        A.    Yes.
18        Q.    At that time, did you know who
19   Police Officer Gasker was?  When you saw
20   him, did you know him?
21        A.    No.
22        Q.    You learned his name then at a
23   later time?
24        A.    No.  I know him at the moment
25   it happened the incident.  I don't know
```

```
 1                        A. GOMEZ                        114
 2     nobody there.  I don't know Gasker, no.
 3          Q.    So, sometime after this
 4     incident, you learned who the other police
 5     officer with Detective Quinoy was?
 6          A.    No.  What you say?
 7          Q.    Okay.  At the time you saw
 8     Detective Quinoy with another police officer
 9     in front of the police station, is it fair
10     to say that you did not know who the other
11     police officer was?
12          A.    No.  I don't know who at the
13     time.
14          Q.    So, at some point later you
15     learned that his name was Officer Gasker?
16          A.    In the night I know the name.
17          Q.    Okay.  Do you remember who told
18     you what that officer's name was?
19          A.    Nobody.  I listen the name
20     because I went in the Police Department when
21     everything finished.
22          Q.    From overhearing something, you
23     learned what his name was?
24          A.    Yeah.  He was there in front of
25     me and inside with the Police Department.
```

```
1                    A. GOMEZ                    115
2         Q.    What did you specifically hear
3    or see that you learned his name?
4         A.    When you're talking about
5    Gasker?
6         Q.    Gasker?
7         A.    Oh, I know the name because
8    they talking inside, call for the name.  I
9    don't know really what they talk because my
10   English is not -- but they call Quinoy.
11   They call Gasker.  Everybody was there.  I
12   not saw Quinoy.  I saw Gasker there at the
13   moment.
14        Q.    You also had testified last
15   time that there was another police officer
16   that was involved, Officer Ebel.  Do you
17   remember that testimony?
18        A.    Yes.
19        Q.    Did you know who Police Officer
20   Ebel was at that time?
21        A.    No.
22        Q.    So, at some other point later
23   in the evening you learned his name?
24        A.    Yes.
25        Q.    Just so that we can take
```

```
1                        A. GOMEZ                       116
2   everything down, wait until I finish my
3   question and then answer, okay.
4               You had testified the last time
5   that we were here that you went into the
6   precinct in order to request help, correct?
7        A.   Yes.
8        Q.   How many times did you go into
9   the precinct?
10       A.   Exactly, I say around more than
11  two times I remember clear that I went
12  there.  But more, I don't know.  I think I
13  going because I'm very nervous, I'm going
14  back and forth, and remember, remember, I
15  know that I went two times inside.
16       Q.   So, it's fair to say that you
17  know that you went in two times?
18       A.   Uh-hum.
19       Q.   Is that a, yes?
20       A.   Yes.
21       Q.   But you're not sure whether you
22  went in more than twice?
23       A.   Yes.
24       Q.   The first time that you went
25  inside, did you speak to any police officer?
```

```
 1                    A. GOMEZ                        117
 2            A.   I go inside, and I told at the
 3   moment was there -- I know the name --
 4   what's the -- he use the white shirt that
 5   say --
 6            MS. VOLPER:  If you don't
 7       remember his name, it's okay.  She's
 8       just asking if you spoke to any
 9       police officer the first time that
10       you went in the police precinct, if
11       you remember his name.
12            A.   I go inside, and I say, I need
13   help.  And he look at me, like, he don't
14   know what I say.  He look like at me like a
15   piece of shit.  That's my expression that
16   I'm feeling at the moment.  He look at me at
17   the people when they no have a paper.  They
18   don't speak English.  They don't care about
19   us.  Very discrimination I feel in the
20   moment, when I go there and ask for help.
21            And he look at me, and he not
22   say one word about nothing.  He only look at
23   me, ignoring me.
24            MS. SHERVEN:  I move to strike
25       the portion that's nonresponsive.
```

```
 1                       A. GOMEZ                        118
 2                  MS. VOLPER:  Object to that
 3         motion to strike just because
 4         Counselor did ask her if she spoke to
 5         any police officer and what she said,
 6         but go ahead.
 7            Q.    When you went into the
 8    precinct, were you speaking in English or
 9    Spanish?
10            A.    In English.  I remember the
11    name now, Hayes was the Gabrielle or.
12            Q.    Okay.
13            A.    I know spelling H-A-Y-E-S.
14            Q.    Hayes?
15            A.    Yes.
16            Q.    Just so that we're clear, when
17    you first walked into the precinct, there
18    was a police officer at the front desk to
19    the precinct?
20            A.    He's in the front desk.
21            Q.    And you believe that that was
22    Police Officer Hayes at the front desk?
23            A.    Yes.
24            Q.    Now, it's my understanding from
25    I believe that there may be two police
```

```
1                    A. GOMEZ                    119
2   officers with the last name Hayes.  Do you
3   know if this is the father?
4           A.      The father, the father.  I
5   remember very clear.
6           Q.      Did you know this police
7   officer before that night?
8           A.      I saw in the town, but I don't
9   have any relation because I living for a
10  long time, and he working for a long time,
11  too.
12          Q.      Had you ever spoken with this
13  police officer before that night?
14          A.      No.
15          Q.      What did you specifically say
16  when you walked into the precinct?
17          A.      I went there, and I say, I need
18  help. They kill Mario.  Come on.  Somebody
19  have to go out.  I want help.  I want to see
20  somebody come and separate, because I can't
21  do anything at the time.
22          Q.      What was your tone of voice?
23          A.      Scary.  When I see the
24  situation outside, Mario in handcuff in the
25  floor and he continue put the electricity
```

```
 1                    A. GOMEZ                    120
 2   and hit Mario, I feel I no have nothing to
 3   do anything.  I tried to looking for
 4   somebody help me.  I can't do anything.  I
 5   not touch the policeman.  What I have to do.
 6   I not supposed to touch and do anything with
 7   the policeman.  What I have to do.  I think
 8   the best thing go inside and ask for help.
 9             MS. VOLPER:  So, is it your
10        testimony that your tone of voice was
11        scared.
12        A.    Scary, very nervous about the
13   situation that I see outside.  He only look
14   at me and not say one word.  He not move.
15   Only look at me and ignoring me.
16        Q.    The police officer did not say
17   anything to you?
18        A.    Nothing.
19        Q.    What did you do then?
20        A.    What?
21        Q.    What did you do?
22        A.    Go out and come back and
23   scream, help, help, in the middle of the
24   street and look at what happened.
25        Q.    Approximately, how much time
```

```
                        A. GOMEZ                         121
```

```
   passed from when you went outside until you
   went back inside the second time?
         A.   A second, because I want to see
   what happened with my husband and at the
   same time I'm looking for help.
         Q.   Is it your testimony then that
   you went back inside within seconds of the
   first time you were inside the precinct?
         A.   Yes, because I'm running.  I'm
   not walking.  I'm running and jumping.  Ask
   for help and try to go back and scream in
   the middle of the street, looking for
   somebody to help me.  Nobody move.
         Q.   Were there any police officers
   other than Detective Quinoy and Police
   Officer Gasker outside the precinct?
         A.   Gasker and Ebel is outside,
   too.
         Q.   Other than those three police
   officers, were there any other police
   officers in the area?
         A.   No.
         Q.   Did you see anyone else
   outside, whether they were civilians or
```

```
1                       A. GOMEZ                      122
2     firefighters or anyone else?
3              A.    At the moment in the night I
4     not really recognize nobody, but I know I
5     have a lot of people outside.  And I feeling
6     the firemen was there, too.  Because
7     everybody come out when I scream like a
8     crazy for help.
9              Q.    Approximately, how many other
10    people were outside?
11             A.    I don't know.  I put attention
12    and focus all my time on everything what
13    happened with my husband, and nobody help
14    me.  That's only what I remember the
15    incident.
16             Q.    Can you approximate at all for
17    me how many other people were outside?
18             A.    I don't know.  I don't know.
19             Q.    Is it more than five people?
20             A.    I don't know.  I no have an
21    idea.
22             Q.    You testified, though, that you
23    believe there were firemen there?
24             A.    I think, yes, because too many
25    people, people there but I don't know.
```

```
1                    A. GOMEZ                        123
2     Remember the firehouse is next to the police
3     department, and all the time they're going
4     out and going in and going out.
5          Q.   Did you recognize any
6     particular firemen that were outside?
7          A.   I not regular recognize.
8     Maybe, I saw now, maybe I recognize
9     somebody.  But I don't know who working in
10    the fire department.
11         Q.   The group of people that you
12    saw outside, approximately how close were
13    they standing to where your husband and the
14    other police officers were?
15         A.   Around.  Around.
16         Q.   Can you approximate at all
17    whether they were standing five feet, ten
18    feet, however you can approximate how close
19    this group of people was?
20         A.   I remember people next to me
21    not too far, two feet, three feet, and I
22    other people, I don't know.  I don't know.
23    I know I have a lot of people, people there,
24    but I don't know how many.  I don't know.
25         Q.   Do you know the names of any of
```

```
                       A. GOMEZ                         124
```

2  the people that were there?

3      A.    No.

4      Q.    At any point in time whether
5  it's during this incident or after, did
6  anyone tell you that they were there and saw
7  what happened?

8      A.    I no have a connection with
9  nobody there, because I feel so bad. I have
10 a lot of pain, and I'm very nervous. I
11 finished to see the abuse doing with my
12 husband.

13     MS. SHERVEN: Move to strike as
14 nonresponsive.

15     Q.    Listen closely to my question,
16 okay: At any time did you learn the
17 identity of any of those people that were
18 outside? Even after that incident, did
19 anyone tell you, I was there, I saw what
20 happened?

21     A.    I not remember. I not remember
22 at this time. Maybe, in the future I saw
23 somebody and told me maybe, but in this
24 moment, I not remember at this time.

25     Q.    The group of people that you

```
 1                      A. GOMEZ                      125
 2      saw outside that were standing close to you
 3      and to your husband and the police officers,
 4      what were they doing, if anything?
 5              A.    Only watch.  All the people I
 6      feeling was in shock that they see -- when I
 7      move to this country, I feeling the police
 8      is people work for protect me.  No abuse me.
 9      And I think they feeling the same that I'm
10      feeling at the moment, because no reason
11      that they do that that they do it with
12      Mario.
13              MS. SHERVEN:  I'm going to move
14          to strike as nonresponsive, the
15          portion that's nonresponsive.
16          Q.    When you went back inside the
17      precinct the second time, was Officer Hayes
18      still at the front desk?
19          A.    Yes.
20          Q.    Were there any other police
21      officers present?
22          A.    I not remember.  I remember
23      because I look at her face eyes to eyes the
24      twice time I was there.  I not remember who
25      around, because I take a second.  He not
```