# MSSSV

## MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

| | | |
|---|---|---|
| MICHAEL A. MIRANDA*<br>BRIAN S. SOKOLOFF<br>STEVEN VERVENIOTIS<br>ONDINE SLONE<br>NEIL L. SAMBURSKY*<br>RICHARD S. SKLARIN°<br>STEVEN C. STERN<br>ADAM I. KLEINBERG<br><br>―――<br><br>TIMOTHY J. MURPHY<br>MARK R. OSHEROW*◊□<br>COUNSEL | THE ESPOSITO BUILDING<br>240 MINEOLA BOULEVARD<br>MINEOLA, NY 11501<br>TEL (516) 741-7676<br>FAX (516) 741-9060<br><br>WWW.MSSSV.COM<br><br>BRANCH OFFICES:<br>WESTCHESTER, NY<br>NEW YORK, NY<br>FANWOOD, NJ | JENNIFER E. SHERVEN<br>GABRIELLA CAMPIGLIA<br>TODD HELLMAN<br>CHARLES A. MARTIN<br>KIERA J. MEEHAN<br>DAMIAN F. FISCHER<br>MARIA THOMAS<br>NANCY R. SCHEMBRI°°<br>MICHAEL V. LONGO<br>MELISSA HOLTZER<br>MICHAEL P. SIRAVO<br>ARIEL S. ZITRIN<br>PATRICK J. MALONEY<br><br>* ALSO ADMITTED IN NEW JERSEY<br>◊ ALSO ADMITTED IN CONNECTICUT<br>□ ALSO ADMITTED IN FLORIDA<br>°°RESIDENT IN WESTCHESTER |

June 26, 2008

**MEMO ENDORSED**

Hon. Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

*[handwritten endorsement: The conference scheduled for 7-11-08 is cancelled. Discovery extended to October 6, 2008. So ordered. /s/ 7/2/08 USDJ]*

**VIA FACSIMILE**

        Re: Mario Gomez v. Village of Sleepy Hollow et al.
        Docket No.: 07 CIV. 9310 (CLB) (GAY)
        Our File No.: 07-157

Dear Judge Brieant:

    We represent the defendants in the above captioned matter. We are writing on behalf of all parties for a joint request for a three (3) month extension of the discovery deadline, until October 6, 2008. Discovery is currently scheduled to be completed on July 7, 2008 and there is a conference scheduled for July 11, 2008.

    The qualified immunity deposition has been completed and the qualified immunity motion will be fully briefed on July 18, 2008. Oral argument is currently scheduled for September 12, 2008. Plaintiff has not yet provided responses to defendants' interrogatories and request for the production of documents, dated February 8, 2008. Depositions of the parties have not yet been held. We note that plaintiff's underlying criminal trial has been adjourned until the end of July. The parties require the additional three (3) months to complete discovery and depositions of the parties.

    This is the first request for an extension of the discovery deadline.

## MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

HON. CHARLES L. BRIEANT
JUNE 26, 2008
PAGE 2 OF 2

    The parties also request that the Court mediation be adjourned to a mutually agreeable date before November 3, 2008.

    Thank you for your consideration of this matter.

                  Respectfully submitted,
                  MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

                  Jennifer E. Sherven

cc:    Francis X. Young, Esq.
        YOUNG & BARTLETT, LLP
        81 Main Street, Suite 118
        White Plains, NY 10601
        (914) 285-1500               (via facsimile)