# MSSSV
## MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

MICHAEL A. MIRANDA*
BRIAN S. SOKOLOFF
STEVEN VERVENIOTIS
ONDINE SLONE
NEIL L. SAMBURSKY*
RICHARD S. SKLARIN°
STEVEN C. STERN
ADAM I. KLEINBERG
—
TIMOTHY J. MURPHY
MARK R. OSHEROW*◊□
COUNSEL

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL (516) 741-7676
FAX (516) 741-9060

WWW.MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
FANWOOD, NJ

JENNIFER E. SHERVEN
GABRIELLA CAMPIGLIA
TODD HELLMAN
CHARLES A. MARTIN
KIERA J. MEEHAN
MARIA THOMAS
NANCY R. SCHEMBRI°◊
MICHAEL V. LONGO
MELISSA HOLTZER
MICHAEL P. SIRAVO
ARIEL S. ZITRIN
PATRICK J. MALONEY
JONATHAN B. ISAACSON*
ANNE ZANGOS
KELLY C. HOBEL*

* ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CONNECTICUT
□ ALSO ADMITTED IN FLORIDA
"RESIDENT IN WESTCHESTER"

**MEMO ENDORSED**
July 14, 2008

Hon. Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

*Application granted*
*& Ordered*
*Charles L. Brieant (USDJ)*
*7-14-08*

**VIA FACSIMILE**

Re: Mario Gomez v. Village of Sleepy Hollow et al.
Docket No.: 07 CIV. 9310 (CLB) (GAY)
Our File No.: 07-157

Dear Judge Brieant:

We represent the defendants in the above captioned matter. We are writing to request a two (2) week extension of time to file and serve defendants' reply brief in further support of defendants' motion to dismiss based upon qualified immunity, on consent. Accordingly, defendants' reply brief would now be due on August 1, 2008. Oral argument on the motion is currently scheduled for October 24, 2008.

Defendants request the two (2) week extension due to the undersigned's hectic schedule concerning other matters.

# MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

HON. CHARLES L. BRIEANT
JULY 14, 2008
PAGE 2 OF 2

    Thank you for your consideration of this matter.

                              Respectfully submitted,
                              MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

                              Jennifer E. Sherven

cc: Francis X. Young, Esq.
     YOUNG & BARTLETT, LLP
     81 Main Street, Suite 118
     White Plains, NY 10601
     (914) 285-1500          (via facsimile)