# MSSSV
## MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

MICHAEL A. MIRANDA*
BRIAN S. SOKOLOFF
STEVEN VERVENIOTIS
ONDINE SLONE
NEIL L. SAMBURSKY*
RICHARD S. SKLARIN°
STEVEN C. STERN
ADAM I. KLEINBERG
—
TIMOTHY J. MURPHY
MARK R. OSHEROW*°☐
COUNSEL

WRITER'S E-MAIL:
akleinberg@msssv.com

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL (516) 741-7676
FAX (516) 741-9060

WWW.MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
FANWOOD, NJ

GABRIELLA CAMPIGLIA
TODD HELLMAN
CHARLES A. MARTIN
KIERA J. MEEHAN
MARIA THOMAS
NANCY R. SCHEMBRI°°
MICHAEL V. LONGO
MELISSA HOLTZER
MICHAEL P. SIRAVO
ARIEL S. ZITRIN
PATRICK J. MALONEY
JONATHAN B. ISAACSON*
ANNE ZANGOS
KELLY C. HOBEL*

* ALSO ADMITTED IN NEW JERSEY
° ALSO ADMITTED IN CONNECTICUT
☐ ALSO ADMITTED IN FLORIDA
°° RESIDENT IN WESTCHESTER

August 1, 2008

Chambers of the Honorable Charles L. Bricant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**VIA FACSIMILE**

Re: Mario Gomez v. Village of Sleepy Hollow et al.
Docket No.: 07 CIV. 9310 (CLB) (GAY)

Awilda Gomez v. Village of Sleepy Hollow et al.
Docket No.: 07 CIV. 9296 (CLB) (GAY)

Our File No.: 07-157

Dear Sir/Madam:

We represent the defendants in the above captioned matter.

In follow up of our telephone discussion of earlier today with Alice Cama, this serves to confirm that the defendants' request for an extension of time to submit reply papers has been extended to August 18, 2008.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

## MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

CHAMBERS OF THE HONORABLE
CHARLES L. BRIEANT
AUGUST 1, 2008
PAGE 2 OF 2

Thank you for your consideration of this matter.

                            Respectfully submitted,

                            MIRANDA SOKOLOFF SAMBURSKY
                            SLONE VERVENIOTIS LLP

                            Adam I. Kleinberg (AK-0468)

cc: Francis X. Young, Esq.
    YOUNG & BARTLETT, LLP
    81 Main Street, Suite 118
    White Plains, NY 10601
    (914) 285-1500 (via facsimile)

    Frances Dapice Marinelli, Esq.
    JOSEPH A. MARIA, P.C.
    Attorneys for Plaintiff
    301 Old Tarrytown Road
    White Plains, New York 10603
    (914) 684-0333 (via facsimile)
    File No.: 01-2031